UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STEVE HARTEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., GEORGE C. ZOLEY, and BRIAN R. EVANS,<br><br>Defendants. | Case No. 9:20-cv-81063-SMITH<br><br>CLASS ACTION |

**DECLARATION OF JAYNE A. GOLDSTEIN IN SUPPORT OF MOTION OF STEVE HARTEL FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

I, Jayne A. Goldstein, hereby declare as follows:

1.     I am an attorney with the law firm of Shepherd, Finkelman, Miller & Shah, LLP, counsel for Plaintiff Steve Hartel ("Plaintiff"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Hartel's motion for an extension of time to respond to Defendants' motion to dismiss Plaintiff's Complaint in the above-captioned putative class action (the "Class Action").

2.     Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:     Press release announcing the pendency of the above-captioned action; and

Exhibit B:     Chart reflecting Plaintiff's financial interest in the relief sought by the putative class in the Class Action.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 20, 2020.

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein

2