# EXHIBIT B

**The GEO Group, Inc. (GEO)**
**Class Period: February 27, 2020 and June 16, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 64-Day Mean Price $11.3300 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hartel, Stephen | 2/27/2020 | 300 | $16.2500 | ($4,875) | | | | | | | |
| Hartel, Stephen | 2/28/2020 | 35 | $14.3500 | ($502) | | | | | | | |
| Hartel, Stephen | 3/11/2020 | 38 | $13.2950 | ($505) | | | | | | | |
| Hartel, Stephen | 3/23/2020 | 50 | $10.0000 | ($500) | | | | | | | |
| Hartel, Stephen | 3/23/2020 | 75 | $10.7500 | ($806) | | | | | | | |
| Hartel, Stephen | 4/27/2020 | 20 | $11.9740 | ($239) | | | | | | | |
| **Hartel, Stephen** | | **518** | | **($7,428)** | | | | | **518** | **$5,869** | **($1,559)** |

*Avg Closing Prices from June 17 to August 19