# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STEVE HARTEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., GEORGE C. ZOLEY, and BRIAN R. EVANS,<br><br>Defendants | Case No. 9:20-cv-81063-RS |

## DECLARATION OF LEO W. DESMOND IN SUPPORT OF MOTION OF RICK POLLAND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>COUNSEL</u>

I, Leo W. Desmond, hereby declare as follows:

1.      I am an attorney with Desmond Law Firm, P.C. ("Desmond"), counsel on behalf of Rick Polland ("Movant"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Glancy Prongay & Murray LLP ("GPM") as Lead Counsel and Desmond Law Firm, P.C. ("Desmond Law") as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Press release published July 7, 2020 on *PR Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    PSLRA Certification of Movant;

Exhibit C:    Table of Movant's calculated losses, as a result of transactions in The GEO Group, Inc. securities;

Exhibit D:    Firm resume of GPM; and

Exhibit E:    Firm resume of Desmond Law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 8, 2020, at Vero Beach, Florida.

*/s/ Leo W. Desmond*
Leo W. Desmond

1

2

## **CERTIFICATE OF SERVICE**

I, Leo W. Desmond, hereby certify that on September 8, 2020, a true and accurate copy

of the above document was electronically filed with the Clerk of the Court by using the CM/ECF

system which will send Notice of Electronic Filing (NEF) to all counsel of record.

*s/ Leo W. Desmond*
Leo W. Desmond

2