# EXHIBIT C

## Loss Chart

**Company Name:**  The Geo Group, Inc.
**Ticker:**  GEO
**Class Period:**  February 27, 2020 to June 16, 2020
**Name:**  Rick Polland

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/13/2020[1] | 900.0000 | $17.0000 | -$15,300.0000 | | $0.0000 | -$15,300.0000 |
| 3/23/2020[1] | 100.0000 | $17.0000 | -$1,700.0000 | | $0.0000 | -$1,700.0000 |
| 4/24/2020 | 41.5907 | $11.5410 | -$479.9987 | | $0.0000 | -$479.9987 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,041.5907** | | | | **Subtotal:** | **-$17,479.9987** |
| | | | **90-Day Average Price**[2] | **Shares Retained** | **90-Day Average:** | $11,742.3823 |
| | | | $11.2735 | 1,041.5907 | **Total:** | **-$5,737.6164** |

Notes

[1] On February 12, 2020, Mr. Polland sold 10 GEO put option contracts for total proceeds of $544.80.   The contracts were to expire March 20, 2020 and had a strike price of $17.00.  On March 13, 2020 and March 23, 2020, Mr. Polland's put option contracts were assigned to him.

[2] Using the average closing price between June 17, 2020 and September 4, 2020.