## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STEVE HARTEL, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC., GEORGE C. ZOLEY, and BRIAN R. EVANS,<br><br>     Defendants. | Case No. 9:20-cv-81063-SMITH<br><br><u>CLASS ACTION</u> |

## DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT YE ZHANG'S MOTION TO APPOINT LEAD PLAINTIFF AND <u>APPROVE SELECTION OF COUNSEL</u>

Laurence M. Rosen, hereby declares under penalty of perjury:

1.  I am an attorney duly licensed to practice in the State of Florida and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., Proposed Lead Counsel for Lead Plaintiff Movant Ye Zhang ("Movant"). I make this Declaration in support of the motion by Movant for appointment as Lead Plaintiff and for approval of selection of The Rosen Law Firm, P.A. as Lead Counsel. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice issued notifying investors of the pendency of this Action.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the Movant's PSLRA Certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a loss chart evidencing Movant's financial interest.

5.      Attached hereto as Exhibit 4 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: September 8, 2020.

/s/Laurence M. Rosen
Laurence M. Rosen

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 8, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Laurence M. Rosen</u>