# EXHIBIT 3

**The GEO Group, Inc. Loss Chart**
**Class Period: February 27, 2020 through June 16, 2020**

**Lookback Price $11.27**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zhang, Ye | 5/28/2020 | 2000 | ($12.38) | ($24,756.00) | 6/11/2020 | 2000 | $12.13 | $24,260.00 | | | |
| | 6/10/2020 | 1000 | ($13.88) | ($13,880.00) | 6/24/2020 | 1000 | $11.49 | $11,490.00 | | | |
| | | 3000 | | ($38,636.00) | | 3000 | | $35,750.00 | 0 | $0.00 | ($2,886.00) |