# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STEVE HARTEL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE GEO GROUP, INC., GEORGE C. ZOLEY, and BRIAN R. EVANS,<br><br>    Defendants. | Civil Action No. 9:20-cv-81063<br><br><br>CLASS ACTION<br><br><br>Hon. Rodney Smith |

## [PROPOSED] ORDER
## APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL

**WHEREAS**, in accordance with the provisions of Section 21D(a)(3)(A)(i) of the Securities Exchange Act, on July 8, 2020, notice of the Lead Plaintiff deadline was published in a widely circulated national business-oriented wire service, advising Class members of the pendency of the class action, the claims asserted therein, the purported Class Period, and their right to move this Court to be appointed Lead Plaintiff; and

**WHEREAS**, pursuant to Section 21D of the Exchange Act, any purported Class member desiring to be appointed Lead Plaintiff was required to have filed a motion for such appointment on or before September 8, 2020; and

**WHEREAS**, Movant Edward Oketola ("Oketola"), has timely filed a motion for appointment as Lead Plaintiff; and

**WHEREAS**, Mr. Oketola otherwise satisfies the requirements of Section 21D of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

**WHEREAS**, in accordance with Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Mr. Oketola seeks approval of his selection of counsel, Roche Cyrulnik Freedman LLP ("RCF"), to serve as Lead Counsel for the Class.

AND NOW THIS _____ day of _____ 2020, the Court having considered Mr. Oketola's Motion for: (1) Appointment as Lead Plaintiff; and (2) Approval of his Selection of Lead Counsel, and all supporting documents, and good cause appearing therefore, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1.      Pursuant to Section 21D of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Mr. Oketola is appointed as Lead Plaintiff for the Class in the Action.

2.      Pursuant to Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. §78u-

4(a)(3)(B)(v), the Court approves Mr. Oketola's selected and retained counsel, RCF, to serve as Lead Counsel in the Action.

3. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

(a) to coordinate the briefing and argument of any and all motions;

(b) to coordinate the conduct of any and all discovery proceedings;

(c) to coordinate the examination of any and all witnesses in depositions;

(d) to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

(e) to coordinate all settlement negotiations with counsel for defendants;

(f) to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

(g) to coordinate the preparation and filings of all pleadings; and

(h) to supervise all other matters concerning this litigation.

4. Lead Counsel shall have authority to speak for the Lead Plaintiff in matters regarding pre-trial and trial procedure and settlement negotiations and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort. No settlement negotiations shall be conducted without the approval of Lead Counsel.

5. Lead Counsel shall be responsible for the coordination of all activities and appearances on behalf of the Lead Plaintiff and for the dissemination of Court orders and notices. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by the

Plaintiff except through Lead Counsel.

6. Lead Counsel shall be the contact between the class and defendants' counsel and shall serve as spokespersons for the class. Lead Counsel shall act as the liaison between the Court and the class.

7. Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of the Lead Plaintiff, and such agreements shall be binding on the Lead Plaintiff.

**IT IS SO ORDERED.**

Dated: _____, 2020
      Miami, Florida

_____
HONORABLE RODNEY SMITH
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA
