# EXHIBIT B

DocuSign Envelope ID: 9EF28695-AA87-4623-975C-A0E458B1EE4A

## SWORN CERTIFICATION OF PLAINTIFF

### The GEO Group, Inc. Securities Litigation

I, Doug Marshall, certify that:

1. I have reviewed the Complaint and authorize the filing of a lead plaintiff motion on my behalf.

2. I am duly authorized to institute legal action against The GEO Group, Inc. and other defendants.

3. I did not purchase The GEO Group, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5. My transactions in The GEO Group, Inc. securities during the Class Period set forth in the Complaint are as follows:

   (See attached transactions)

6. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under the penalty of perjury that the foregoing are true and correct statements.

7/22/2020

_____

Date

DocuSigned by:

4EC92668B0D1452...

Doug Marshall

**The GEO Group, Inc. (GEO)**                                                                      **Marshall, Doug**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 5/15/2020 | 1,000 | $10.2300 |
| Purchase | 5/22/2020 | 300 | $11.0099 |
| Purchase | 5/22/2020 | 586 | $11.0050 |
| Purchase | 5/22/2020 | 929 | $10.9999 |
| Purchase | 5/22/2020 | 5,185 | $11.0000 |
| Purchase | 5/27/2020 | 6,700 | $12.9899 |
| Purchase | 5/27/2020 | 8,300 | $12.9900 |