# EXHIBIT C

**The GEO Group, Inc. (GEO)**
**Class Period: February 27, 2020 and June 16, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Marshall, Doug | 5/15/2020 | 1,000 | $10.2300 | ($10,230) | 6/19/2020 | (23,000) | $12.0333 | $276,767 | | |
| Marshall, Doug | 5/22/2020 | 300 | $11.0099 | ($3,303) | | | | | | |
| Marshall, Doug | 5/22/2020 | 586 | $11.0050 | ($6,449) | | | | | | |
| Marshall, Doug | 5/22/2020 | 929 | $10.9999 | ($10,219) | | | | | | |
| Marshall, Doug | 5/22/2020 | 5,185 | $11.0000 | ($57,035) | | | | | | |
| Marshall, Doug | 5/27/2020 | 6,700 | $12.9899 | ($87,032) | | | | | | |
| Marshall, Doug | 5/27/2020 | 8,300 | $12.9900 | ($107,817) | | | | | | |
| **Marshall, Doug** | | **23,000** | | **($282,085)** | | **(23,000)** | | **$276,767** | **23,000** | **($5,318)** |