UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STEVE HARTEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., GEORGE C. ZOLEY, and BRIAN R. EVANS,<br><br>Defendants. | Case No. 9:20-cv-81063-RS |

**UNOPPOSED MOTION FOR ENTRY OF THE ATTACHED PROPOSED OMNIBUS ORDER APPOINTING LEAD PLAINTIFFS, APPROVING SELECTION OF COUNSEL, DISMISSING THE CURRENT COMPLAINT WITHOUT PREJUDICE, SETTING DEADLINE FOR AMENDING THE COMPLAINT, <u>AND SETTING RELATED DEADLINES</u>**

Lead plaintiff movants James Michael DeLoach and Edward Oketola move for the Court to enter the attached unopposed order that grants the following **unopposed relief**, **which will fully resolve the pending motions at ECF Nos. 6, 19, 21, 22, 23, and 24**, and in support respectfully state as follows.

1. On July 7, 2020, plaintiff Steve Hartel commenced this class action against The GEO Group, Inc. ("GEO Group"), George C. Zoley, and Brian R. Evans ("Defendants") alleging violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934.

2. On July 7, 2020, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(A)(i), plaintiff Hartel published a "Notice" via a major newswire advising members of the purported Class of (1) the pendency of the action, (2) the claims asserted therein, (3) the purported Class Period, and (4) that in not later than 60 days, any member of the putative Class may move the court to serve as lead plaintiff.

3. On August 12, 2020, Defendants filed a motion to dismiss [ECF No. 6].

4. On September 8, 2020, pursuant to Section 21D of the PSLRA, lead plaintiff movants James Michael DeLoach, Edward Oketola, Rick Polland, Doug Marshall, and Ye Zhang filed timely motions for appointment as lead plaintiff and approval of counsel as lead counsel ("Lead Plaintiff Motions") [ECF Nos. 19, 21, 22, 23, 24].

5. The Lead Plaintiff Movants have collectively agreed that, rather than continue to litigate their competing motions, it is in the best interest of the Class that the Court amicably resolve the Lead Plaintiff Motions by appointing James Michael DeLoach and Edward Oketola as Co-Lead Plaintiffs (the "Proposed Co-Lead Plaintiffs") and their counsel, Levi & Korsinsky, LLP and Roche Cyrulnik Freedman, LLP, as Co-Lead Counsel (the "Proposed Co-Lead Counsel").

6. The PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(iii), provides, *inter alia*, that the "most adequate plaintiff" to serve as lead plaintiff is the person or group that has the largest financial interest in the relief sought by the Class. Proposed Co-Lead Plaintiffs believe they have the largest financial interest among the Lead Plaintiff Motions.

7. Proposed Co-Lead Plaintiffs have provided personally signed, sworn certifications which comply with the requirements of 15 U.S.C. §78u-4(a)(2) by setting forth, among other things, all of the specific transactions of each plaintiff in GEO Group securities during the Class Period specified in the complaint. *See* [ECF Nos. 22-3, 23-1].

8. 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(cc) provides that, in addition to possessing the largest financial interest in the outcome of the litigation, a lead plaintiff must "otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure," and Proposed Co-Lead Plaintiffs have each demonstrated adequacy as lead plaintiff because, consistent with 15 U.S.C. §78u 4(a)(3)(b)(iii)(I), each: (1) has made a timely motion for appointment as lead plaintiff, (2)

has retained experienced and competent counsel to prosecute this case on behalf of the Class, (3) as a result of sustaining substantial financial losses from investments in GEO Group securities, is extremely motivated to pursue the claims in this action, and (4) is not aware of any unique defenses defendants could raise against them that would render them inadequate to represent the Class or that they have any interests antagonistic to the Class. *See* [ECF Nos. 22, 23].

9. The claims of Proposed Co-Lead Plaintiffs further satisfy the requirements of Rule 23 and the PSLRA as their interests are closely aligned with those of the other Class members because each of their claims: (1) arise from the same event, practice or course of conduct that gives rise to other Class members' claims, (2) are based on the same legal theory as other Class members' claims, and (3) are typical of the claims asserted by the Class because, like all members of the Class, Proposed Co-Lead Plaintiffs (i) each allege that defendants violated the Exchange Act by publicly disseminating false and misleading statements concerning GEO Group's business, operations, and prospects, and (ii) each sustained damages as a result of their respective purchases of GEO Group securities during the Class Period at prices artificially inflated by defendants' alleged misrepresentations and omissions. *See* [ECF Nos. 22, 23.]

10. 15 U.S.C. §78u-4(a)(3)(B)(iv) provides that, subject to the approval of the Court, the most adequate plaintiff will select and retain counsel to represent the Class. Proposed Co-Lead Plaintiffs have retained Proposed Co-Lead Counsel to pursue this litigation on behalf of the Class if they are appointed lead plaintiffs; thus the Class will receive the highest caliber of legal representation because each of these firms is experienced in class action and securities litigation and has successfully prosecuted securities fraud class actions on behalf of injured investors;

11. Movants Rick Polland, Doug Marshall, and Ye Zhang, by and through their undersigned counsel, consent to this application and, in turn, withdraw their respective Lead

Plaintiff Motions [ECF Nos. 19, 21, 25]. Defendants, moreover, do not believe that they have standing to oppose—and, therefore, do not oppose—the requested appointments of Proposed Co-Lead Plaintiffs and Proposed Co-Lead Counsel. Accordingly, there is no longer a dispute as to the relief requested in the Lead Plaintiff Motions [ECF Nos. 19, 21, 22, 23, 24].

12. In light of the requested appointments described above, Proposed Co-Lead Plaintiffs and Proposed Co-Lead Counsel intend to file an amended complaint, as they did not draft or file the current Complaint [ECF No. 1]. In the interest of judicial economy, therefore, Proposed Co-Lead Plaintiffs request, and Defendants agree, that the Court: (a) dismiss the Complaint without prejudice, with both sides to bear their own costs and fees; (b) direct Proposed Co-Lead Plaintiffs to file their amended complaint by November 17, 2020 (within 60 days of this filing); (c) provide Defendants until December 18, 2020 to file their responsive motion or answer; (d) if a motion to dismiss is filed, provide Co-Lead Plaintiffs until January 18, 2021 to file a response; and (e) provide Defendants until February 2, 2021 to file their reply.

13. Thus, to resolve the motions at ECF Nos. 6, 19, 21, 22, 23, and 24, Proposed Co-Lead Plaintiffs request that the Court issue the attached proposed and unopposed order: (i) appointing James Michael DeLoach and Edward Oketola as Co-Lead Plaintiffs for the Class; (ii) approving Co-Lead Plaintiffs' selections of counsel – Levi & Korsinsky, LLP and Roche Cyrulnik Freedman, LLP – as Co-Lead Counsel; (iii) dismissing the Complaint [ECF No. 1] without prejudice, with all parties to bear their own fees and costs, only with respect to the initial complaint, without prejudice to any other entitlement or request for costs or fees; (iv) ordering Co-Lead Plaintiffs to file an amended complaint by November 17, 2020; (v) setting the agreed briefing schedule set forth above; and (vi) issuing such other and further relief as the Court may deem just and proper.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), Plaintiffs and Defendants conferred in good faith and, as indicated above, the relief sought is unopposed, and the attached order is unopposed.

Dated: September 18, 2020

Respectfully submitted,

**ROCHE CYRULNIK FREEDMAN LLP**

/s/ *Velvel Freedman*
Velvel (Devin) Freedman (FL# 99762)
Constantine P. Economides (FL# 118177)
Ivy T. Ngo (pro hac forthcoming)
Southeast Financial Center
200 S. Biscayne Blvd. Suite 5500
Miami, FL 33131
Telephone: (305) 851-5997
Emails: vel@rcfllp.com
ceconomides@rcfllp.com
ingo@rcfllp.com

*Attorneys for Movant Edward Oketola and Proposed Co-Lead Counsel for the Class*

Dated: September 18, 2020

**CULLIN O'BRIEN LAW, P.A.**

/s/ *Cullin O'Brien*
Cullin O'Brien (FL# 0597341)
6541 NE 21st Way
Fort Lauderdale, Florida 33308
Tel: (561) 676-6370
Fax: (561) 320-0285
E-mail: cullin@cullinobrienlaw.com

*Liaison Counsel for Movant James Michael DeLoach and Proposed Liaison Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt
Adam M. Apton
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121

|  |  |
|---|---|
|  | Email: nporritt@zlk.com |
|  | Email: aapton@zlk.com |
|  | *pro hac vice to be submitted* |
|  |  |
|  | *Attorneys for Movant James Michael DeLoach and Proposed Co-Lead Counsel for Plaintiffs* |
| Dated: September 18, 2020 | **DESMOND LAW FIRM, P.C.** |
|  |  |
|  | /s/ Leo W. Desmond |
|  | Leo W. Desmond, Esquire (FL# 0041920) |
|  | 5070 Highway A1A, Suite D |
|  | Vero Beach, Florida 32963 |
|  | Telephone: 772.231.9600 |
|  | Facsimile: 772.231.0300 |
|  | lwd@desmondlawfirm.com |
|  |  |
|  | **GLANCY PRONGAY & MURRAY LLP** |
|  | Robert V. Prongay |
|  | Charles H. Linehan |
|  | Pavithra Rajesh |
|  | 1925 Century Park East, Suite 2100 |
|  | Los Angeles, CA 90067 |
|  | Telephone: 310-201-9150 |
|  | Facsimile: 310-201-9160 |
|  | Email: info@glancylaw.com |
|  |  |
|  | *Attorneys for Movant Rick Polland* |
| Dated: September 18, 2020 | **SHEPHERD, FINKELMAN, MILLER & SHAH, LLP** |
|  |  |
|  | /s/ *Jayne A. Goldstein* |
|  | Jayne A. Goldstein (FL# 144088) |
|  | 1625 N. Commerce Pkwy, Suite 320 |
|  | Fort Lauderdale, FL 33326 |
|  | (866) 849-7545 |
|  | Fax: (866) 300-7367 |
|  | jgoldstein@sfmslaw.com |
|  |  |
|  | **POMERANTZ LLP** |
|  | James M. LoPiano |
|  | 600 Third Avenue |
|  | New York, NY 10016 |

(212) 661-1100
Fax: (917) 463-1044
jlopiano@pomlaw.com

*Attorneys for Plaintiff Steve Hartel and Movant Doug Marshall*

Dated: September 18, 2020          **THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen, Esq. (FL# 0182877)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Attorneys for Movant Ye Zhang*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

/s/ *Cullin O'Brien*
Cullin O'Brien (FL# 0597341)