# Appendix A

| | When/Where | Speaker | False and/or Misleading Statement |
|---|---|---|---|
| 1 | 11/7/2018; 3Q18 Earnings Call | GEO; Zoley | Our Company has a three-decade-long record in providing high-quality services under both Democratic and Republican administrations at the federal and state levels. We have **consistently helped our government partners meet their correctional and detention challenges** with the development and operation of state-of-the-art facilities providing services in **safe, secure and humane environments**; Our facilities are under constant operational scrutiny by onsite government monitors and special inspections by government agencies and third-party accrediting organizations. |
| 2 | 11/7/2018; 3Q18 Earnings Call | GEO; Zoley | **…our dividend is supported by stable and predictable operational cash flows**. |
| 3 | 11/7/2018; 3Q18 Earnings Call | GEO; Evans | **Our dividend payment . . . is supported by stable and predictable operational cash flow.** |
| 4 | 11/8/2018; 3Q18 10-Q | GEO; Evans | On October 22, 2014, former civil immigration detainees at the Aurora Immigration Detention Center filed a class action lawsuit against the Company in the United States District Court for the District of Colorado (the "Court"). The complaint alleges that the Company was in violation of the Colorado Minimum Wages of Workers Act and the federal Trafficking Victims Protection Act ("TVPA"). The plaintiff class claims that the Company was unjustly enriched as a result of the level of payment the detainees received for work performed at the facility, even though the voluntary work program as well as the wage rates and standards associated with the program that are at issue in the case are authorized by the Federal government under guidelines approved by the United States Congress. On July 6, 2015, the Court found that detainees were not employees under the Colorado Minimum Wage Order and dismissed this claim. In February 2017, the Court granted the plaintiff-class' motion for class certification which the Company appealed to the 10th Circuit Court of Appeals. On February 9, 2018, a three-judge panel of the appellate court affirmed the class-certification order. A petition for rehearing en banc was denied on March 7, 2018. On October 2, 2018, the U.S. Supreme Court denied the Company's petition for a writ of certiorari on the class certification order. The plaintiff class seeks actual damages, compensatory damages, exemplary damages, punitive damages, restitution, attorneys' fees and costs, and such other relief as the Court may deem proper. In the time since the Colorado suit was initially filed, three similar lawsuits have been filed – two in Washington and one in California. In Washington, one of the two lawsuits was filed on September 9, 2017 by immigration detainees against the Company in the U.S. District Court |

| | | | |
|---|---|---|---|
| | | | for the Western District of Washington. The second was filed on September 20, 2017 by the State Attorney General against the Company in the Superior Court of the State of Washington for Pierce County, which the Company removed to the U.S. District Court for the Western District of Washington on October 9, 2017. In California, a class-action lawsuit was filed on December 19, 2017 by immigration detainees against the Company in the U.S. District Court Eastern Division of the Central District of California. All three lawsuits allege violations of the respective state's minimum wage laws. However, the California lawsuit, like the Colorado suit, also includes claims based that the Company violated the TVPA and California's equivalent state statute. The Company intends to take all necessary steps to vigorously defend itself and has consistently refuted the allegations and claims in these lawsuits. ***The Company has not recorded an accrual relating to these matters at this time, as a loss is not considered probable nor reasonably estimable at this stage of the lawsuit.***<br><br>The nature of the Company's business exposes it to various types of third-party legal claims or litigation against the Company, including, but not limited to, civil rights claims relating to conditions of confinement and/or mistreatment, sexual misconduct claims brought by prisoners or detainees, medical malpractice claims, product liability claims, intellectual property infringement claims, claims relating to employment matters (including, but not limited to, employment discrimination claims, union grievances and wage and hour claims), property loss claims, environmental claims, automobile liability claims, indemnification claims by its customers and other third parties, contractual claims and claims for personal injury or other damages resulting from contact with the Company's facilities, programs, electronic monitoring products, personnel or prisoners, including damages arising from a prisoner's escape or from a disturbance or riot at a facility. ***The Company does not expect the outcome of any pending claims or legal proceedings to have a material adverse effect on its financial condition, results of operations or cash flows.*** However, the results of these claims or proceedings cannot be predicted with certainty, and an unfavorable resolution of one or more of these claims or proceedings could have a material adverse effect on the Company's financial condition, results of operations or cash flows. |
| 5 | 2/14/2019; 4Q18 Earnings Call | GEO; Zoley | …our core business remains stable and our dividend payments are supported by predictable operational cash flows; our initial guidance for 2019, which reflects year-over-year growth in our adjusted EBITDA and provides assurance for the sustainability of our dividend… |

| 6 | 2/14/2019; 4Q18 Earnings Call | GEO; Evans | During the fourth quarter, we recognized -- reorganized our legal representation and strategy with respect to certain legal cases and incurred one-time legal transition expenses. We believe, we ***have adequately accounted for known legal cases in our guidance for 2019***. |
|---|---|---|---|
| 7 | 2/14/2019; 4Q18 Earnings Call | GEO; Evans | ***Our dividend payment…is supported by stable and predictable operational cash flows.*** |
| 8 | 2/14/2019; 4Q18 Earnings Call | GEO; Donahue | Looking at our state segment, our non-state correctional customers have stable budgets and ***our facilities have been able to provide high quality services without being impacted by budgetary constraints***. |
| 9 | 2/14/2019; 4Q18 Earnings Call | GEO; Zoley | …we believe our core operational cash flows remained stable and predictable. |
| 10 | 2/25/2019; FY18 10-K | GEO; Evans; Zoley | As previously reported and described in our prior periodic reports, including most recently in our Form 10-Q for the quarter ended June 30, 2018, on February 8, 2017, former civil immigration detainees at the Aurora Immigration Detention Center filed a class action lawsuit on October 22, 2014, against the Company in the United States District Court for the District of Colorado (the "Court"). The complaint alleges that the Company was in violation of the Colorado Minimum Wages of Workers Act and the federal Trafficking Victims Protection Act ("TVPA"). The plaintiff class claims that the Company was unjustly enriched because of the level of payment the detainees received for work performed at the facility, even though the voluntary work program as well as the wage rates and standards associated with the program that are at issue in the case are authorized by the Federal government under guidelines approved by the United States Congress. On July 6, 2015, the Court found that detainees were not employees under the Colorado Minimum Wage Order and dismissed this claim. In February 2017, the Court granted the plaintiff-class' motion for class certification. The plaintiff class seeks actual damages, compensatory damages, exemplary damages, punitive damages, restitution, attorneys' fees and costs, and such other relief as the Court may deem proper. In the time since the Colorado suit was initially filed, three similar lawsuits have been filed — two in Washington and one in California. In Washington, one of the two lawsuits was filed on September 9, 2017 by immigration detainees against the Company in the U.S. District Court for the Western District of Washington. The second was filed on September 20, 2017 by the State Attorney General against the Company in the Superior Court of the State of Washington for Pierce County, |

| | | | which the Company removed to the U.S. District Court for the Western District of Washington on October 9, 2017. In California, a class-action lawsuit was filed on December 19, 2017 by immigration detainees against the Company in the U.S. District Court Eastern Division of the Central District of California. All three lawsuits allege violations of the respective state's minimum wage laws. However, the California lawsuit, like the Colorado suit, also includes claims based that the Company violated the TVPA and California's equivalent state statute. The Company intends to take all necessary steps to vigorously defend itself and has consistently refuted the allegations and claims in these lawsuits. ***The Company has not recorded an accrual relating to these matters at this time, as a loss is not considered probable nor reasonably estimable at this stage of the lawsuit.***<br><br>The nature of the Company's business exposes it to various types of third-party legal claims or litigation against the Company, including, but not limited to, civil rights claims relating to conditions of confinement and/or mistreatment, sexual misconduct claims brought by prisoners or detainees, medical malpractice claims, product liability claims, intellectual property infringement claims, claims relating to employment matters (including, but not limited to, employment discrimination claims, union grievances and wage and hour claims), property loss claims, environmental claims, automobile liability claims, indemnification claims by its customers and other third parties, contractual claims and claims for personal injury or other damages resulting from contact with the Company's facilities, programs, electronic monitoring products, personnel or prisoners, including damages arising from a prisoner's escape or from a disturbance or riot at a facility. The Company accrues for legal costs associated with loss contingencies when those costs are probable and reasonably estimable. ***The Company does not expect the outcome of any pending claims or legal proceedings to have a material adverse effect on its financial condition, results of operations or cash flows.*** |
| 11 | 2/25/2019; FY18 10-K | GEO; Evans; Zoley | ***We operate each facility in accordance with our company-wide policies and procedures and with the standards and guidelines required under the relevant management contract.*** For many facilities, the standards and guidelines include those established by the American Correctional Association, or ("ACA"). The ACA is an independent organization of corrections professionals, which establishes correctional facility standards and guidelines that are generally acknowledged as a benchmark by governmental agencies responsible for correctional facilities. Many of our contracts in the United States require us to seek and maintain ACA accreditation for our facilities. We have sought and ***received ACA accreditation and re-accreditation for all such facilities***. We ***achieved a*** |

| | | | |
|---|---|---|---|
| | | | *median re-accreditation score of 100.0% as of December 31, 2018.* Approximately 90% of our 2018 U.S. Corrections & Detention revenue was derived from ACA accredited facilities for the year ended December 31, 2018. We have also ***achieved and maintained accreditation by The Joint Commission at five of our correctional facilities and at nine of our youth services locations.*** We have been successful in ***achieving and maintaining accreditation under the National Commission on Correctional Health Care ("NCCHC") in a majority of the facilities that we currently operate.*** The NCCHC accreditation is a voluntary process which we have used to establish comprehensive health care policies and procedures to meet and adhere to the ACA standards. The NCCHC standards, in most cases, exceed ACA Health Care Standards and we have achieved this accreditation at 14 of our U.S. Corrections & Detention facilities and at two youth services locations. Additionally, B.I. Incorporated ("BI") has achieved a certification for ISO 9001:2008 for the design, production, installation and servicing of products and services produced by the electronic monitoring business units, including electronic home arrest and electronic monitoring technology products and monitoring services, installation services, and automated caseload management services. |
| 12 | 2/25/2019; FY18 10-K | GEO; Evans; Zoley | ***Leading Corrections Provider Uniquely Positioned to Offer a Continuum of Care***<br><br>We are the second largest provider of public-private partnership correctional and detention facilities worldwide and the largest provider of community-based reentry services, youth services and electronic monitoring services in the U.S. corrections industry. We believe these leading market positions and our diverse and complementary service offerings enable us to meet the growing demand from our clients for comprehensive services throughout the entire corrections lifecycle. ***Our continuum of care platform enables us to provide consistency and continuity in case management, which we believe results in a higher quality of care for offenders, reduces recidivism, lowers overall costs for our clients, improves public safety and facilitates successful reintegration of offenders back into society.***<br><br>* * *<br><br>***Large Scale Operator with National Presence*** [emphasis in original]<br>We operate the seventh largest correctional system in the U.S. by number of beds, including the federal government and all 50 states. We currently have correctional operations in approximately |

| | | | 33 states and offer electronic monitoring services in every state. In addition, we have extensive experience in overall facility operations, including staff recruitment, administration, facility maintenance, food service, security, and in the supervision, treatment and education of inmates. We believe ***our size and breadth of service offerings enable us to generate economies of scale which maximize our efficiencies and allows us to pass along cost savings to our clients.*** Our national presence also positions us to bid on and develop new facilities across the U.S. |
|---|---|---|---|
| 13 | 2/25/2019; FY18 10-K | GEO; Evans; Zoley | ***Provide High Quality, Comprehensive Services and Cost Savings Throughout the Corrections Lifecycle*** [emphasis in original]<br><br>Our objective is to provide federal, state and local governmental agencies with a comprehensive offering of high quality, essential services at a lower cost than they themselves could achieve. We believe government agencies facing budgetary constraints will increasingly seek to outsource a greater proportion of their correctional needs to reliable providers that can enhance quality of service at a reduced cost. We believe ***our expanded and diversified service offerings uniquely position us to bundle our high quality services and provide a comprehensive continuum of care for our clients, which*** we believe will lead to ***lower cost outcomes for our clients and larger scale business opportunities for us.*** |
| 14 | 4/30/2019; 1Q19 Earnings Call | GEO; Zoley | …our strong quarterly results are indicative of the ***stability of our cash flows and the sustainability of our annual dividend payments***… |
| 15 | 4/30/2019; 1Q19 Earnings Call | GEO; Zoley | …we have always enjoyed access to cost effective capital to support accretive projects with a minimum target returns of 13% to 15%. We expect ***to continue to enjoy access to cost effective capital to support the expansion of our high quality services***. |
| 16 | 4/30/2019; 1Q19 Earnings Call | GEO; Evans | …we've always enjoyed access to cost effective capital and ***we expect to continue to have adequate access to the cost effective capital to support our growth.*** We have several decades long relationships with our banking partners and we hope to extend the maturity of our -- existing revolving credit facility in the near-term. |

| 17 | 4/30/2019; 1Q19 Earnings Call | GEO; Evans | As we have expressed to you in the past…our **dividend payments are supported by stable, predictable and growing cash flows**. |
|----|----|----|----|
| 18 | 4/30/2019; 1Q19 Earnings Call | GEO; Donahue | …we were pleased to have been awarded a 10-year contract by the US Marshals for the continued operation of our Company-owned 222-bed Queens Detention Facility in New York. We believe this renewed contract is indicative of **the stability of our long-standing customer partnerships** as our Queens Facility has been in operation since the 1990s. |
| 19 | 4/30/2019; 1Q19 Earnings Call | GEO; Donahue | We are pleased to have been able to build on our long-standing partnership with ICE to provide needed bed space and services that **comply with the federal government's performance based National Detention Standards, as well as guidelines set by the independent accrediting entities**.

The state-of-the-art residential centers we manage on behalf of ICE provide high quality, culturally responsive services in **safe and humane environment**. |
| 20 | 4/30/2019; 1Q19 Earnings Call | GEO; Donahue | Now moving to our state segment, we believe our non-state correctional customers have stable budgets and **our facilities have been able to provide high quality service and implement enhanced rehabilitation programs without being impacted by budgetary constraints.** |
| 21 | 4/30/2019; 1Q19 Earnings Call | GEO; Zoley | …we're continuing to be mindful of our responsibility to respect and protect the human rights of those in our care. |
| 22 | 4/30/2019; 1Q19 Earnings Call | GEO; Zoley | …the ICE detainees are provided the opportunity to receive health examination as well as follow-up treatment by the onsite healthcare staff as well as offsite healthcare specialists. |
| 23 | 5/6/2019; 1Q19 10-Q | GEO; Evans | As previously reported and described in the Company's prior periodic reports, including most recently in our Form 10-K for the year ended December 31, 2018, on February 8, 2017, former civil immigration detainees at the Aurora Immigration Detention Center filed a class action lawsuit on October 22, 2014, against the Company in the United States District Court for the District of Colorado (the "Court"). The complaint alleges that the Company was in violation of the Colorado Minimum Wages of Workers Act and the federal Trafficking Victims Protection Act ("TVPA"). The plaintiff class claims that the Company was unjustly enriched because of the level of payment the detainees received for work performed at the facility, even though the voluntary work program |

as well as the wage rates and standards associated with the program that are at issue in the case are authorized by the Federal government under guidelines approved by the United States Congress. On July 6, 2015, the Court found that detainees were not employees under the Colorado Minimum Wage Order and dismissed this claim. In February 2017, the Court granted the plaintiff-class' motion for class certification. The plaintiff class seeks actual damages, compensatory damages, exemplary damages, punitive damages, restitution, attorneys' fees and costs, and such other relief as the Court may deem proper. In the time since the Colorado suit was initially filed, three similar lawsuits have been filed - two in Washington and one in California. In Washington, one of the two lawsuits was filed on September 9, 2017 by immigration detainees against the Company in the U.S. District Court for the Western District of Washington. The second was filed on September 20, 2017 by the State Attorney General against the Company in the Superior Court of the State of Washington for Pierce County, which the Company removed to the U.S. District Court for the Western District of Washington on October 9, 2017. In California, a class-action lawsuit was filed on December 19, 2017 by immigration detainees against the Company in the U.S. District Court Eastern Division of the Central District of California. All three lawsuits allege violations of the respective state's minimum wage laws. However, the California lawsuit, like the Colorado suit, also includes claims that the Company violated the TVPA and California's equivalent state statute. The Company intends to take all necessary steps to vigorously defend itself and has consistently refuted the allegations and claims in these lawsuits. *The Company has not recorded an accrual relating to these matters at this time, as a loss is not considered probable nor reasonably estimable at this stage of the lawsuit.*

The nature of the Company's business exposes it to various types of third-party legal claims or litigation against the Company, including, but not limited to, civil rights claims relating to conditions of confinement and/or mistreatment, sexual misconduct claims brought by prisoners or detainees, medical malpractice claims, product liability claims, intellectual property infringement claims, claims relating to employment matters (including, but not limited to, employment discrimination claims, union grievances and wage and hour claims), property loss claims, environmental claims, automobile liability claims, indemnification claims by its customers and other third parties, contractual claims and claims for personal injury or other damages resulting from contact with the Company's facilities, programs, electronic monitoring products, personnel or prisoners, including damages arising from a prisoner's escape or from a disturbance or riot at a facility. *The Company does not expect the outcome of any pending claims or legal proceedings to have a material adverse*

|  |  |  | *effect on its financial condition, results of operations or cash flows.* However, the results of these claims or proceedings cannot be predicted with certainty, and an unfavorable resolution of one or more of these claims or proceedings could have a material adverse effect on the Company's financial condition, results of operations or cash flows. |
|---|---|---|---|
| 24 | 7/30/19; 2Q19 Earnings Call | GEO; Zoley | …we recognize that the recent media stories regarding overcrowded border patrol facilities and financial institutions discontinuing future financial support for private operators of ICE Processing Centers have created volatility in our equity and deby markets. These headlines have unfortunately been driven by a *false narrative* and deliberate mischaracterization of our *long-standing role as a quality service provider* to ICE. |
| 25 | 7/30/19; 2Q19 Earnings Call | GEO; Zoley | The residential centers we manage on behalf of ICE are highly rated by national accreditation organizations and provide high-quality, culturally responsive services in a safe and humane environment. |
| 26 | 7/30/19; 2Q19 Earnings Call | GEO; Zoley | …our strong quarterly results and new project activations are indicative of the *stability of our cash flows and the sustainability of our annual dividend payments*. |
| 27 | 7/30/19; 2Q19 Earnings Call | GEO; Zoley | Our growing earnings will allow us to naturally deleverage, while providing support for our *annual dividend payments,* which we expect to *remain unchanged*. |
| 28 | 7/30/19; 2Q19 Earnings Call | GEO; Evans | We recognize that since the execution of the revolver's extension, recent headlines from our banking partners have created significant volatility in our debt and equity. This volatility is directly tied to heightened political rhetoric that, as George mentioned, is based on a *mischaracterization of our role as a service provider and our overall Company record*. While it is extremely disappointing that misleading political attacks were allowed to impact decade long banking relationships, we don't believe that the recent volatility is reflective of our *well-established record, strong fundamentals and accelerating cash flow growth.* |
| 29 | 7/30/19; 2Q19 Earnings Call | GEO; Evans | The expected growth in our cash flows will allow us to naturally deleverage, while providing support for our *annual dividend payments,* which we expect to be *sustainable*. |

| 30 | 7/30/19; 2Q19 Earnings Call | GEO; Zoley | I don't believe we would have serious reconsideration of our REIT status, given a snapshot view of recent events that are likely to last 15 months. If you look at our 30-year history of dealing with Republican and Democratic administrations, we've continued to grow under both. And the one attempt to reduce growth in the private sector was not particularly successful because of the major role the private sector plays in providing security for this country. I don't think that need, that requirement is going to go away under a Democratic administration. Our southern border is a long porous border, and it borders a 1 billion people, who live to the south of it, that live in failed states that -- many of whom want to come to this country and there needs to be an orderly process to -- for them to do so. And I think both parties need to reach better refinement of our immigration policies to permit that to happen. But our Company plays no role in it. *We just provide facilities for taking care of those few -- fewer selected ones that are held in these facilities -- these processing centers pending the outcome of their cases. As I said, those facilities are air conditioned, they're clean, they have flat screen TV, they have artificial turf soccer fields. There are very comfortable amenities for them. And that's the service we've been providing for ICE for 30 years.* I don't think that's -- that need is going to go away. We're not going to revise our structure because a situation that we hope is temporary that the heated rhetoric will die down INSERT after the next election regardless of who wins. |
| 31 | 8/2/2019; 2Q19 10-Q | GEO; Evans | As previously reported and described in the Company's prior periodic reports, including most recently in our Form 10-Q for the quarter ended March 31, 2019, former civil immigration detainees at the Aurora Immigration Processing Center filed a class action lawsuit on October 22, 2014, against the Company in the United States District Court for the District of Colorado (the "Court"). The complaint alleges that the Company was in violation of the Colorado Minimum Wages of Workers Act and the federal Trafficking Victims Protection Act ("TVPA"). The plaintiff class claims that the Company was unjustly enriched because of the level of payment the detainees received for work performed at the facility, even though the voluntary work program as well as the wage rates and standards associated with the program that are at issue in the case are authorized by the Federal government under guidelines approved by the United States Congress. On July 6, 2015, the Court found that detainees were not employees under the Colorado Minimum Wage Order and dismissed this claim. In February 2017, the Court granted the plaintiff-class' motion for class certification. The plaintiff class seeks actual damages, compensatory damages, exemplary damages, punitive damages, restitution, attorneys' fees and costs, and such other relief as the Court may deem proper. In the time since the Colorado suit was initially filed, three similar lawsuits have been filed - two in Washington and one in California. In Washington, one of the two lawsuits was filed on |

September 9, 2017 by immigration detainees against the Company in the U.S. District Court for the Western District of Washington. The second was filed on September 20, 2017 by the State Attorney General against the Company in the Superior Court of the State of Washington for Pierce County, which the Company removed to the U.S. District Court for the Western District of Washington on October 9, 2017. In California, a class-action lawsuit was filed on December 19, 2017 by immigration detainees against the Company in the U.S. District Court Eastern Division of the Central District of California. All three lawsuits allege violations of the respective state's minimum wage laws. However, the California lawsuit, like the Colorado suit, also includes claims that the Company violated the TVPA and California's equivalent state statute. On July 2, 2019, the Company filed a Motion for Summary Judgment in the Washington Attorney General's Tacoma lawsuit based on the Company's position that its legal defenses prevent the case from proceeding to trial. The Company intends to take all necessary steps to vigorously defend itself and has consistently refuted the allegations and claims in these lawsuits. ***The Company has not recorded an accrual relating to these matters at this time, as a loss is not considered probable nor reasonably estimable at this stage of the lawsuits.*** We establish accruals for specific legal proceedings when it is considered probable that a loss has been incurred and the amount of the loss can be reasonably estimated. However, the results of these claims or proceedings cannot be predicted with certainty, and an unfavorable resolution of one or more of these claims or proceedings could have a material adverse effect on the Company's financial condition, results of operations or cash flows. Our accruals for loss contingencies are reviewed quarterly and adjusted as additional information becomes available. We do not accrue for anticipated legal fees and costs, but expense those items as incurred.

The nature of the Company's business exposes it to various types of third-party legal claims or litigation against the Company, including, but not limited to, civil rights claims relating to conditions of confinement and/or mistreatment, sexual misconduct claims, medical malpractice claims, claims relating to the TVPA, product liability claims, intellectual property infringement claims, claims relating to employment laws (including, but not limited to, employment discrimination claims, union grievances and wage and hour claims), property loss claims, environmental claims, automobile liability claims, indemnification claims by its customers and other third parties, contractual claims and claims for personal injury or other damages resulting from contact with the Company's facilities, programs, electronic monitoring products, personnel, inmates or detainees, including damages arising from an escape or from a disturbance or riot at a facility. Expenses associated with legal proceedings may fluctuate from quarter to quarter based on the level of activity

| | | | required during the different stages of legal proceedings, new developments that arise in the course of the legal proceedings, and the Company's litigation strategy. ***The Company does not expect the outcome of any pending claims or legal proceedings to have a material adverse effect on its financial condition, results of operations or cash flows.*** However, the results of these claims or proceedings cannot be predicted with certainty, and an unfavorable resolution of one or more of these claims or proceedings could have a material adverse effect on the Company's financial condition, results of operations or cash flows. |
|---|---|---|---|
| 32 | 11/5/19; 3Q19 Earnings Call | GEO; Zoley | We recognize that media coverage of overcrowded border patrol facilities and the announcement by a handful of our financial institutions discontinuing future financing has caused volatility in our equity and debt markets. Unfortunately, this volatility has been driven by a false narrative and deliberate mischaracterization of our ***long-standing role as a quality service provider to ICE.*** |
| 33 | 11/5/19; 3Q19 Earnings Call | GEO; Zoley | There has been a significant amount of misinformation regarding our banking partners and access to capital. |
| 34 | 11/5/19; 3Q19 Earnings Call | GEO; Zoley | …our growing earnings and cash flows will allow us to deleverage while providing support for our annual ***dividend payments*** which we expect to ***remain unchanged***. |
| 35 | 11/5/19; 3Q19 Earnings Call | GEO; Zoley | The residential centers we manage on behalf of ICE are highly rated by national accreditation organizations and provide high-quality, culturally responsive services in a safe and humane environment. |
| 36 | 11/5/19; 3Q19 Earnings Call | GEO; Zoley | The residents are provided with hot meals[,] clothing[,] 24/7 access to healthcare services and full access to telephones and legal services. Healthcare staffing at our ICE processing centers is approximately 100% more than that of our state correctional facilities. |
| 37 | 11/5/19; 3Q19 Earnings Call | GEO; Evans | We recognize that since the execution of the revolver's extension new stories regarding our banking partners have created significant volatility in our debt and equity markets. This volatility is directly tied to heightened political rhetoric that as George mentioned is based on a ***mischaracterization of our role as a service provider and our overall company record***. There has also been a significant amount of ***misinformation regarding our banking partners and our access to capital*** including a recent online opinion editorial on Forbes which provided misleading and false information. Contrary |

| | | | to these misleading claims we **continue to enjoy access to capital with several dozens of lenders and financial institutions currently in our senior credit facility.** |
|---|---|---|---|
| 38 | 11/5/19; 3Q19 Earnings Call | GEO; Evans | Further, the handful of **bank announcements have not impacted our operations or financial flexibility**… |
| 39 | 11/5/19; 3Q19 Earnings Call | GEO; Evans | **Continued growth in our cash flows will allow us to naturally deleverage** while providing **support for our annual dividend payment.** |
| 40 | 11/5/19; 3Q19 Earnings Call | GEO; Evans | As we have noted previously, we expect to have between $50 million and $75 million in excess cash flow annually to apply toward paying down debt while **maintaining our current dividend payments**. |
| 41 | 11/5/19; 3Q19 Earnings Call | GEO; Donahue | Finally, as we have previously announced we discontinued the managed-only contract at the 625-bed Northeast New Mexico detention facility which had been **financially underperforming** for several years. |
| 42 | 11/7/19; 3Q19 10-Q | GEO; Evans | As previously reported and described in the Company's prior periodic reports, including most recently in our Form 10-Q for the quarter ended June 30, 2019, former civil immigration detainees at the Aurora Immigration Processing Center filed a class action lawsuit on October 22, 2014, against the Company in the United States District Court for the District of Colorado (the "Court"). The complaint alleges that the Company was in violation of the Colorado Minimum Wages of Workers Act and the federal Trafficking Victims Protection Act ("TVPA"). The plaintiff class claims that the Company was unjustly enriched because of the level of payment the detainees received for work performed at the facility, even though the voluntary work program as well as the wage rates and standards associated with the program that are at issue in the case are authorized by the Federal government under guidelines approved by the United States Congress. On July 6, 2015, the Court found that detainees were not employees under the Colorado Minimum Wage Order and dismissed this claim. In February 2017, the Court granted the plaintiff-class' motion for class certification on the TVPA and unjust enrichment claims. The plaintiff class seeks actual damages, compensatory damages, exemplary damages, punitive damages, restitution, attorneys' fees and costs, and such other relief as the Court may deem proper. In the time since the Colorado suit was initially filed, three similar lawsuits have been filed - two in Washington and one in California. In |

Washington, one of the two lawsuits was filed on September 9, 2017 by immigration detainees against the Company in the U.S. District Court for the Western District of Washington. The second lawsuit was filed on September 20, 2017 by the State Attorney General against the Company in the Superior Court of the State of Washington for Pierce County, which the Company removed to the U.S. District Court for the Western District of Washington on October 9, 2017. In California, a class-action lawsuit was filed on December 19, 2017 by immigration detainees against the Company in the U.S. District Court Eastern Division of the Central District of California. All three lawsuits allege violations of the respective state's minimum wage laws. However, the California lawsuit, like the Colorado suit, also includes claims that the Company violated the TVPA and California's equivalent state statute. On September 27, 2019, the California plaintiff class filed a motion for class certification of both California-based and nationwide classes. The Company filed a response to this motion disputing the plaintiff class' right to broad class treatment of the claims at issue. On July 2, 2019, the Company filed a Motion for Summary Judgment in the Washington Attorney General's Tacoma lawsuit based on the Company's position that its legal defenses prevent the case from proceeding to trial. The federal court in Washington denied the Company's Motion for Summary Judgment on August 6, 2019. However, on August 20, 2019, the Department of Justice filed a Statement of Interest, which asked the Washington court to revisit its prior denial of the Company's intergovernmental immunity defense in the case. While the Washington court ultimately elected not to dismiss the case at the time, its order importantly declared that the Company's intergovernmental immunity defense was legally viable, to be ultimately determined at trial. The two Washington cases are currently set for trial in March 2020. The Company intends to take all necessary steps to vigorously defend itself and has consistently refuted the allegations and claims in these lawsuits. ***The Company has not recorded an accrual relating to these matters at this time, as a loss is not considered probable nor reasonably estimable at this stage of the lawsuits.*** The Company establishes accruals for specific legal proceedings when it is considered probable that a loss has been incurred and the amount of the loss can be reasonably estimated. However, the results of these claims or proceedings cannot be predicted with certainty, and an unfavorable resolution of one or more of these claims or proceedings could have a material adverse effect on the Company's financial condition, results of operations or cash flows. Our accruals for loss contingencies are reviewed quarterly and adjusted as additional information becomes available. We do not accrue for anticipated legal fees and costs, but expense those items as incurred.

| | | | |
|---|---|---|---|
| | | | The nature of the Company's business exposes it to various types of third-party legal claims or litigation against the Company, including, but not limited to, conditions of confinement and/or mistreatment, sexual misconduct claims, medical malpractice claims, claims relating to the TVPA, product liability claims, intellectual property infringement claims, claims relating to employment laws (including, but not limited to, employment discrimination claims, union grievances and wage and hour claims), property loss claims, environmental claims, automobile liability claims, indemnification claims by its customers and other third parties, contractual claims and claims for personal injury or other damages resulting from contact with the Company's facilities, programs, electronic monitoring products, personnel, inmates or detainees, including damages arising from an escape or from a disturbance or riot at a facility. Expenses associated with legal proceedings may fluctuate from quarter to quarter based on the level of activity required during the different stages of legal proceedings, new developments that arise in the course of the legal proceedings, and the Company's litigation strategy. ***The Company does not expect the outcome of any pending claims or legal proceedings to have a material adverse effect on its financial condition, results of operations or cash flows.*** However, the results of these claims or proceedings cannot be predicted with certainty, and an unfavorable resolution of one or more of these claims or proceedings could have a material adverse effect on the Company's financial condition, results of operations or cash flows. |
| 43 | 2/12/2020; 4Q19 Earnings Call | GEO; Evans | And we c***ontinue to enjoy access to capital with several dozens of lenders and financial institutions*** currently committed under our credit facility. |
| 44 | 2/12/2020; 4Q19 Earnings Call | GEO; Evans | …our quarterly dividend payments ***continue to be supported by our cash flows and earnings***… |
| 45 | 2/12/2020; 4Q19 Earnings Call | GEO; Donahue | We believe our remaining state correctional customers have stable budgets and we've been able to ***continue to provide high quality services in those states.*** |
| 46 | 2/26/2020; FY19 10-K | GEO; Evans; Zoley | We ***operate each facility in accordance with our company-wide policies and procedures and with the standards and guidelines required under the relevant management contract.*** For many facilities, the standards and guidelines include those established by the American Correctional Association, or ("ACA"). The ACA is an independent organization of corrections professionals, which establishes correctional facility standards and guidelines that are generally acknowledged as |

| | | | |
|---|---|---|---|
| | | | a benchmark by governmental agencies responsible for correctional facilities. Many of our contracts in the United States require us to seek and maintain ACA accreditation for our facilities. We have sought and ***received ACA accreditation and re-accreditation for all such facilities. We achieved a median re-accreditation score of 100% as of December 31, 2019***. Approximately 90% of our 2019 U.S. Secure Services revenue was derived from ACA accredited facilities for the year ended December 31, 2019. We have also ***achieved and maintained accreditation by The Joint Commission at five of our secure service facilities and at nine of our youth services locations.*** We have been successful in ***achieving and maintaining accreditation under the National Commission on Correctional Health Care ("NCCHC") in a majority of the facilities that we currently operate.*** The NCCHC accreditation is a voluntary process which we have used to establish comprehensive health care policies and procedures to meet and adhere to the ACA standards. The NCCHC standards, in most cases, exceed ACA Health Care Standards and we have achieved this accreditation at 14 of our U.S. Secure Services facilities and at one youth services location. Additionally, B.I. Incorporated ("BI") has achieved a certification for ISO 9001:2008 for the design, production, installation and servicing of products and services produced by the electronic monitoring business units, including electronic home arrest and electronic monitoring technology products and monitoring services, installation services, and automated caseload management services. |
| 47 | 2/26/2020; FY19 10-K | GEO; Evans; Zoley | ***Leading Secure Services Provider Uniquely Positioned to Offer a Continuum of Care***

We are the second largest provider of public-private partnership secure services and processing center facilities worldwide and the largest provider of community-based reentry services, youth services and electronic monitoring services in the U.S. secure services sector. We believe these leading market positions and our diverse and complementary service offerings enable us to meet the growing demand from our clients for comprehensive services throughout the entire corrections lifecycle. ***Our continuum of care platform enables us to provide consistency and continuity in case management, which we believe results in a higher quality of care for individuals in our care, reduces recidivism, lowers overall costs for our clients, improves public safety and facilitates successful reintegration of individuals back into society.***

*** |

| | | | |
|---|---|---|---|
| | | | ***Large Scale Operator with National Presence*** <br> We operate the seventh largest correctional system in the U.S. by number of beds, including the federal government and all 50 states. We currently have secure services operations in approximately 33 states and offer electronic monitoring services in every state. In addition, we have extensive experience in overall facility operations, including staff recruitment, administration, facility maintenance, food service, security, and in the supervision, treatment and education of individuals within our care. We believe ***our size and breadth of service offerings enable us to generate economies of scale which maximize our efficiencies and allows us to pass along cost savings to our clients***. Our national presence also positions us to bid on and develop new facilities across the U.S. |
| 48 | 2/26/2020; FY19 10-K | GEO; Evans; Zoley | ***Provide High Quality, Comprehensive Services and Cost Savings Throughout the Corrections Lifecycle*** <br><br> Our objective is to provide federal, state and local governmental agencies with a comprehensive offering of high quality, essential services at a lower cost than they themselves could achieve. We believe government agencies facing budgetary constraints will increasingly seek to outsource a greater proportion of their correctional needs to reliable providers that can enhance quality of service at a reduced cost. We believe ***our expanded and diversified service offerings uniquely position us to bundle our high quality services and provide a comprehensive continuum of care for our clients***, which we believe will lead to lower cost outcomes for our clients and larger scale business opportunities for us. |
| 49 | 2/26/2020; FY19 10-K | GEO; Evans; Zoley | As previously reported and described in the Company's prior periodic reports, including most recently in its Form 10-Q for the quarter ended September 30, 2019, former civil immigration detainees at the Aurora Immigration Processing Center filed a class action lawsuit on October 22, 2014, against the Company in the United States District Court for the District of Colorado (the "Court"). The complaint alleges that the Company was in violation of the Colorado Minimum Wages of Workers Act and the federal Trafficking Victims Protection Act ("TVPA"). The plaintiff class claims that the Company was unjustly enriched because of the level of payment the detainees received for work performed at the facility, even though the voluntary work program as well as the wage rates and standards associated with the program that are at issue in the case are authorized by the Federal government under guidelines approved by the United States Congress. On July 6, 2015, |

the Court found that detainees were not employees under the Colorado Minimum Wage Order and dismissed this claim. In February 2017, the Court granted the plaintiff-class' motion for class certification on the TVPA and unjust enrichment claims. The plaintiff class seeks actual damages, compensatory damages, exemplary damages, punitive damages, restitution, attorneys' fees and costs, and such other relief as the Court may deem proper. In the time since the Colorado suit was initially filed, three similar lawsuits have been filed - two in Washington and one in California. In Washington, one of the two lawsuits was filed on September 9, 2017 by immigration detainees against the Company in the U.S. District Court for the Western District of Washington. The second lawsuit was filed on September 20, 2017 by the State Attorney General against the Company in the Superior Court of the State of Washington for Pierce County, which the Company removed to the U.S. District Court for the Western District of Washington on October 9, 2017. In California, a class-action lawsuit was filed on December 19, 2017 by immigration detainees against the Company in the U.S. District Court Eastern Division of the Central District of California. All three lawsuits allege violations of the respective state's minimum wage laws. However, the California lawsuit, like the Colorado suit, also includes claims that the Company violated the TVPA and California's equivalent state statute. On September 27, 2019, the California plaintiff class filed a motion for class certification of both California-based and nationwide classes. The Company filed a response to this motion disputing the plaintiff class' right to broad class treatment of the claims at issue. On July 2, 2019, the Company filed a Motion for Summary Judgment in the Washington Attorney General's Tacoma lawsuit based on the Company's position that its legal defenses prevent the case from proceeding to trial. The federal court in Washington denied the Company's Motion for Summary Judgment on August 6, 2019. However, on August 20, 2019, the Department of Justice filed a Statement of Interest, which asked the Washington court to revisit its prior denial of the Company's intergovernmental immunity defense in the case. While the Washington court ultimately elected not to dismiss the case at the time, its order importantly declared that the Company's intergovernmental immunity defense was legally viable, to be ultimately determined at trial. The two Washington cases are currently set for trial in April 2020. The Company intends to take all necessary steps to vigorously defend itself and has consistently refuted the allegations and claims in these lawsuits. ***The Company has not recorded an accrual relating to these matters at this time, as a loss is not considered probable nor reasonably estimable at this stage of the lawsuits.*** The Company establishes accruals for specific legal proceedings when it is considered probable that a loss has been incurred and the amount of the loss can be reasonably estimated. However, the results of these claims or proceedings cannot be predicted with certainty, and an unfavorable resolution of one or

more of these claims or proceedings could have a material adverse effect on the Company's financial condition, results of operations or cash flows. The Company's accruals for loss contingencies are reviewed quarterly and adjusted as additional information becomes available. The Company does not accrue for anticipated legal fees and costs but expenses those items as incurred.

On December 30, 2019, GEO filed a lawsuit for declaratory and injunctive relief challenging California's newly enacted law - Assembly Bill 32 (AB-32) - which bars the federal government from engaging GEO or any other government contractors to provide detention services for illegal aliens. GEO's claims, as described in the lawsuit, are grounded in authoritative legal doctrine that under the Constitution's Supremacy Clause, the federal government is free from regulation by any state. By prohibiting federal detention facilities in California, the lawsuit argues AB-32 substantially interferes with the ability of USMS and ICE to carry out detention responsibilities for the federal government. Secondly, because AB-32 creates exceptions to the State when using GEO or any government contractors (to alleviate overcrowding), California's statute unlawfully discriminates against the federal government. On December 31, 2019, GEO filed its motion for a preliminary injunction restraining California's Governor and Attorney General from enforcing AB-32 against GEO's detention facilities on behalf of USMS and ICE.

The nature of the Company's business exposes it to various types of third-party legal claims or litigation against the Company, including, but not limited to, civil rights claims relating to conditions of confinement and/or mistreatment, sexual misconduct claims brought by prisoners or detainees, medical malpractice claims, product liability claims, intellectual property infringement claims, claims relating to employment matters (including, but not limited to, employment discrimination claims, union grievances and wage and hour claims), property loss claims, environmental claims, automobile liability claims, indemnification claims by its customers and other third parties, contractual claims and claims for personal injury or other damages resulting from contact with the Company's facilities, programs, electronic monitoring products, personnel or prisoners, including damages arising from a prisoner's escape or from a disturbance or riot at a facility. The Company accrues for legal costs associated with loss contingencies when those costs are probable and reasonably estimable. ***The Company does not expect the outcome of any pending claims or legal proceedings to have a material adverse effect on its financial condition, results of operations or cash flows.***

| 50 | 4/30/2020; 1Q20 Earnings Call | GEO; Zoley | Despite this quarter's many challenges, **_our revenues and cash flows remained resilient and continue to support our dividend payments_**. |
| 51 | 4/30/2020; 1Q20 Earnings Call | GEO; Zoley | …we believe we have adequate liquidity and access to capital. |
| 52 | 4/30/2020; 1Q20 Earnings Call | GEO; Zoley | Well, **_it's certainly safe_** consistent with our forecast our guidance. |
| 53 | 4/30/2020; 1Q20 Earnings Call | GEO; Evans | That's correct. **_I think we looked at -- we changed the growth capex a little bit, but most of the reduction was on the maintenance side. And I think that's just deferring and pushing some stuff out a little bit further, so no liquidity issues just trying to find some offsets to the reductions that we had to take on the revenue side_**. |
| 54 | 4/30/2020; 1Q20 Earnings Call | GEO; Zoley | From the outset of this global pandemic our corporate, **_regional and field staff have implemented comprehensive steps to address and mitigate the risks of COVID-19 to all of those in our care and our employees. Ensuring the health and safety of all those in our facilities and our employees has always been our number one priority._** As a longstanding provider of the central government services we have the experience for the implementation of best practices for the prevention, assessment and the management of infectious diseases. **_All of our facilities operate safely and without overcrowded conditions_**. All of our facilities have access to regular handwashing with clean water and soap, as well as ample hygiene and sanitation products. All of our GEO [Group] Secure facilities provide 24/7 access to healthcare. |
| 55 | 4/30/2020; 1Q20 Earnings Call | GEO; Zoley | As you've heard today, we **_have taken comprehensive steps to address and mitigate the risk of COVID-19 across all of our facilities and programs. Ensuring the health and safety of all of those in our care and our employees has always been our number one priority_**. |
|  | 4/30/2020; 1Q20 Earnings Call | GEO; Donahue | These best practices include the **_implementation of quarantine and cohorting procedures_** to isolate confirmed and presumptive cases of COVID-19, including medical isolation and the use of airborne infection isolation rooms at our facilities. |

| | | | |
|---|---|---|---|
| | 4/30/2020; 1Q20 Earnings Call | GEO; Donahue | We have also deployed **specialized sanitation teams to sterilize high-contact areas** of our facilities and have developed **intensive schedules and procedures for the cleaning and disinfecting of facility spaces** above and beyond normal cleaning activities. |
| 56 | 4/30/2020; 1Q20 Earnings Call | GEO; Donahue | And most of our facilities have had very few or no cases of COVID-19. |
| 57 | 4/30/2020; 1Q20 Earnings Call | GEO; Zoley | But we have faced these situations on a lesser extent previously where you have outbreaks of mumps or measles and people have to be quarantined. And so the in ICE in particular we face these situations. **We have the procedures. We have the organizational and financial resources to deal with these kind of situations.** |
| 58 | 4/30/2020; 1Q20 Earnings Call | GEO; Schlarb | We have updated our policies and procedures to include **best practices for the prevention, assessment and management of COVID-19 including the implementation of quarantine and cohorting procedures** to isolate confirmed and presumptive cases of COVID-19. |
| 59 | 4/30/2020; 1Q20 Earnings Call | GEO; Schlarb | Similar to our GEO Secure Services facilities, we have deployed **specialized sanitation teams to sterilize high-contact areas** of our facilities and have developed **special schedules and procedures for the cleaning and disinfecting of facility spaces** using sanitation products that are proven healthcare-grade disinfectants. |
| 60 | 5/6/2020; 1Q20 10-Q | Evans | As previously reported and described in the Company's prior periodic reports, including most recently in its Form 10-K for the year ended December 31, 2019, former civil immigration detainees at the Aurora Immigration Processing Center filed a class action lawsuit on October 22, 2014, against the Company in the United States District Court for the District of Colorado (the "Court"). The complaint alleges that the Company was in violation of the Colorado Minimum Wages of Workers Act and the federal Trafficking Victims Protection Act ("TVPA"). The plaintiff class claims that the Company was unjustly enriched because of the level of payment the detainees received for work performed at the facility, even though the voluntary work program as well as the wage rates and standards associated with the program that are at issue in the case are authorized by the Federal government under guidelines approved by the United States Congress. On July 6, 2015, the Court found that detainees were not employees under the Colorado Minimum Wage Order and dismissed this claim. In February 2017, the Court granted the plaintiff-class' motion for class certification on the TVPA and unjust enrichment claims. The plaintiff class seeks actual damages, |

compensatory damages, exemplary damages, punitive damages, restitution, attorneys' fees and costs, and such other relief as the Court may deem proper. In the time since the Colorado suit was initially filed, three similar lawsuits have been filed - two in Washington and one in California. In Washington, one of the two lawsuits was filed on September 9, 2017 by immigration detainees against the Company in the U.S. District Court for the Western District of Washington. The second lawsuit was filed on September 20, 2017 by the State Attorney General against the Company in the Superior Court of the State of Washington for Pierce County, which the Company removed to the U.S. District Court for the Western District of Washington on October 9, 2017. In California, a class-action lawsuit was filed on December 19, 2017 by immigration detainees against the Company in the U.S. District Court Eastern Division of the Central District of California. All three lawsuits allege violations of the respective state's minimum wage laws. However, the California lawsuit, like the Colorado suit, also includes claims that the Company violated the TVPA and California's equivalent state statute. On September 27, 2019, the California plaintiff class filed a motion for class certification of both California-based and nationwide classes. The Company filed a response to this motion disputing the plaintiff class' right to broad class treatment of the claims at issue. On July 2, 2019, the Company filed a Motion for Summary Judgment in the Washington Attorney General's Tacoma lawsuit based on the Company's position that its legal defenses prevent the case from proceeding to trial. The federal court in Washington denied the Company's Motion for Summary Judgment on August 6, 2019. However, on August 20, 2019, the Department of Justice filed a Statement of Interest, which asked the Washington court to revisit its prior denial of the Company's intergovernmental immunity defense in the case. While the Washington court ultimately elected not to dismiss the case at the time, its order importantly declared that the Company's intergovernmental immunity defense was legally viable, to be ultimately determined at trial. Trial for the two Washington cases has been continued until sometime past June 2020. The Company intends to take all necessary steps to vigorously defend itself and has consistently refuted the allegations and claims in these lawsuits. ***The Company has not recorded an accrual relating to these matters at this time, as a loss is not considered probable nor reasonably estimable at this stage of the lawsuits.*** The Company establishes accruals for specific legal proceedings when it is considered probable that a loss has been incurred and the amount of the loss can be reasonably estimated. However, the results of these claims or proceedings cannot be predicted with certainty, and an unfavorable resolution of one or more of these claims or proceedings could have a material adverse effect on the Company's financial condition, results of operations or cash flows. The Company's accruals for loss

contingencies are reviewed quarterly and adjusted as additional information becomes available. The Company does not accrue for anticipated legal fees and costs but expenses those items as incurred.

On December 30, 2019, GEO filed a lawsuit for declaratory and injunctive relief challenging California's newly enacted law - Assembly Bill 32 (AB-32) - which bars the federal government from engaging GEO or any other government contractors to provide detention services for illegal aliens. GEO's claims, as described in the lawsuit, are grounded in authoritative legal doctrine that under the Constitution's Supremacy Clause, the federal government is free from regulation by any state. By prohibiting federal detention facilities in California, the lawsuit argues AB-32 substantially interferes with the ability of U.S. Marshals Service ("USMS") and ICE to carry out detention responsibilities for the federal government. Secondly, because AB-32 creates exceptions to the State when using GEO or any government contractors (to alleviate overcrowding), California's statute unlawfully discriminates against the federal government. On December 31, 2019, GEO filed its motion for a preliminary injunction restraining California's Governor and Attorney General from enforcing AB-32 against GEO's detention facilities on behalf of USMS and ICE. The court granted the parties' joint motion to reschedule the hearing to July 16, 2020.

The nature of the Company's business exposes it to various types of third-party legal claims or litigation against the Company, including, but not limited to, civil rights claims relating to conditions of confinement and/or mistreatment, sexual misconduct claims brought by prisoners or detainees, medical malpractice claims, product liability claims, intellectual property infringement claims, claims relating to employment matters (including, but not limited to, employment discrimination claims, union grievances and wage and hour claims), property loss claims, environmental claims, automobile liability claims, indemnification claims by its customers and other third parties, contractual claims and claims for personal injury or other damages resulting from contact with the Company's facilities, programs, electronic monitoring products, personnel or prisoners, including damages arising from a prisoner's escape or from a disturbance or riot at a facility. The Company accrues for legal costs associated with loss contingencies when those costs are probable and reasonably estimable. ***The Company does not expect the outcome of any pending claims or legal proceedings to have a material adverse effect on its financial condition, results of operations or cash flows.***

| 61 | 5/6/2020; 1Q20 10-Q | Evans | ***A syndicate of approximately 65 lenders participate in our Credit Agreement, six of which have indicated that they do not intend to provide new financing to GEO*** but will honor their existing obligations (Refer to Item 1A - Risk Factors included in Part I of the Annual Report on Form 10-K for the year ended December 31,2019 for further discussion. The banks that have withdrawn participation remain contractually committed for approximately five years. Additionally, these six banks represent less than 25% of our overall borrowing capacity under our Credit Agreement and ***the withdrawal of their participation is not expected to negatively impact our financial flexibility***. We are also in frequent communication with potential new lenders as well as the credit rating agencies who have not changed our credit ratings for over 36 months. |
|---|---|---|---|