UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-81063-RS

STEVE HARTEL, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

v.

THE GEO GROUP, INC., *et al.*,

      Defendants.

_____/

**NOTICE OF FILING EXHIBITS TO DEFENDANTS'
MOTION TO DISMISS LEAD PLAINTIFFS'
CONSOLIDATED CLASS ACTION AMENDED COMPLAINT**

      Defendants The GEO Group, Inc., George C. Zoley, Brian R. Evans, J. David Donahue, and Ann M. Schlarb ("Defendants"), by and through their undersigned counsel, hereby give notice of filing the attached exhibits to Defendants' Motion to Dismiss Lead Plaintiffs' Consolidated Class Action Amended Complaint.

| EXH. NO. | DATE | DESCRIPTION |
|---|---|---|
| A | 11/08/2018 | Form 10-Q for the quarterly period ended September 30, 2018 (without exhibits) |
| B | 11/14/2018 | Form 8-K (Date of Report: November 7, 2018) |
| C | 11/16/2018 | Form 8-K (Date of Report: November 9, 2018) |
| D | 11/30/2018 | Form 8-K (Date of Report: November 26, 2018) |
| E | 12/12/2018 | Form 8-K (Date of Report: December 6, 2018) |
| F | 02/21/2019 | Form 8-K (Date of Report: February 14, 2019) |
| G | 02/25/2019 | Form 10-K Annual Report for the fiscal year ended December 31, 2018 (without exhibits) |

| EXH. NO. | DATE | DESCRIPTION |
|---|---|---|
| H | 05/06/2019 | Form 10-Q for the quarterly period ended March 31, 2019 (without exhibits) |
| I | 05/06/2019 | Form 8-K (Date of Report: April 30, 2019) |
| J | 05/10/2019 | Form 8-K (Date of Report: May 7, 2019) |
| K | 06/18/2019 | Form 8-K (Date of Report: June 12, 2019) |
| L | 08/02/2019 | Form 10-Q for the quarterly period ended June 30, 2019 (without exhibits) |
| M | 08/05/2019 | Form 8-K (Date of Report: July 30, 2019) |
| N | 10/02/2019 | Form 8-K (Date of Report: September 26, 2019) |
| O | 10/16/2019 | Form 8-K (Date of Report: October 9, 2019) |
| P | 11/07/2019 | Form 10-Q for the quarterly period ended September 30, 2019 (without exhibits) |
| Q | 11/12/2019 | Form 8-K (Date of Report:  November 5, 2019) |
| R | 02/19/2020 | Form 8-K (Date of Report: February 12, 2020) |
| S | 02/20/2020 | Form 8-K (Date of Report: February 13, 2020) |
| T | 02/26/2020 | Form 10-K Annual Report for the fiscal year ended December 31, 2019 (without exhibits) |
| U | 02/28/2020 | Form 8-K (Date of Report: February 26, 2020) |
| V | 03/25/2020 | Form 8-K/A (Date of Report: February 13, 2020) |
| W | 05/06/2020 | Form 8-K (Date of Report: April 30, 2020) |
| X | 05/06/2020 | Form 10-Q for the quarterly period ended March 31, 2020 (without exhibits) |
| Y | 05/20/2020 | Form 8-K (Date of Report: May 19, 2020) |
| Z | 07/14/2020 | Form 8-K (Date of Report: July 9, 2020) |

| EXH. NO. | DATE | DESCRIPTION |
|---|---|---|
| AA | Updated June 1, 2020 | https://www.geogroup.com/covid19: GEO Group Has Taken Comprehensive Steps to Address and Mitigate the Risks of COVID-19 to Those in Our Care and Our Employees |
| BB | | Defendants' Responses to Appendix A to Consolidated Class Action Amended Complaint |

Dated: December 18, 2020                    Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

By: /s/ *Brian P. Miller*
    Brian P. Miller, Esq.
    Florida Bar No. 0980633
    brian.miller@akerman.com
    Samantha J. Kavanaugh, Esq.
    Florida Bar No. 0194662
    samantha.kavanaugh@akerman.com

*Counsel for Defendant The GEO Group, Inc.*

55743014;3

**GUNSTER, YOAKLEY & STEWART, P. A.**
600 Brickell Avenue, 35th Floor
Miami, FL 33131
Telephone: 305-376-6000
Facsimile: 786 425-4090

By: /s/ *William K. Hill*
  William K. Hill, Esq.
  Florida Bar Number: 747180
  Primary: whill@gunster.com
  Secondary: mmotola@gunster.com
  George S. LeMieux, Esq.
  Florida Bar Number: 16403
  Primary: glemieux@gunster.com
  Secondary: alevene@gunster.com
  Secondary: eservice@gunster.com
  Ernest "EJ" A. Cox IV, Esq.
  Florida Bar Number: 124652
  Primary: ecox@gunster.com
  Secondary: mmargolese@gunster.com

*Counsel for Defendants George C. Zoley,*
*Brian R. Evans, J. David Donahue, and*
*Ann M. Schlarb*

4

55743014;3