UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-81063-RS

STEVE HARTEL, Individually and on
Behalf of All Others Similarly Situated,

     Plaintiff,

v.

THE GEO GROUP, INC., *et al.*,

     Defendants.

_____/

**DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL
AUTHORITY IN SUPPORT OF MOTION TO DISMISS LEAD PLAINTIFFS'
CONSOLIDATED CLASS ACTION AMENDED COMPLAINT**

Defendants The GEO Group ("GEO"), George Zoley, Brian Evans, David Donahue, and Ann Schlarb ("Defendants"), by and through their undersigned counsel, hereby give notice of filing the decision in *Douglas v. Norwegian Cruise Lines*, No. 20-21107-CIV, 2021 WL 1378296 (S.D. Fla. Apr. 12, 2021), attached as **Exhibit A**, as supplemental authority in support of their Motion to Dismiss Lead Plaintiffs' Consolidated Class Action Complaint.

The decision in *Douglas* supports Defendants' position that GEO issued adequate cautionary statements and made meaningful disclosures regarding the risks associated with COVID-19 during the Class Period. The decision also supports Defendants' position that most of Plaintiffs' claims are based on non-actionable puffery or statements of corporate optimism.

Defendants respectfully request that the Court take notice and consider this decision as authority supporting the dismissal of Lead Plaintiffs' Consolidated Class Action Amended Complaint.

1

58262617;2

Dated: May 19, 2021

Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

By: /s/ *Brian P. Miller*
    Brian P. Miller, Esq.
    Florida Bar No. 0980633
    brian.miller@akerman.com
    Samantha J. Kavanaugh, Esq.
    Florida Bar No. 0194662
    samantha.kavanaugh@akerman.com

*Counsel for Defendant The GEO Group, Inc.*

**GUNSTER, YOAKLEY & STEWART, P. A.**
600 Brickell Avenue, 35th Floor
Miami, FL 33131
Telephone: (305) 376-6000
Facsimile: (786) 425-4090

By: /s/ *William K. Hill*
    William K. Hill, Esq.
    Florida Bar Number: 747180
    Primary: whill@gunster.com
    Secondary: mmotola@gunster.com
    George S. LeMieux, Esq.
    Florida Bar Number: 16403
    Primary: glemieux@gunster.com
    Secondary: alevene@gunster.com
    Secondary: eservice@gunster.com
    Ernest "EJ" A. Cox IV, Esq.
    Florida Bar Number: 124652
    Primary: ecox@gunster.com
    Secondary: mmargolese@gunster.com

*Counsel for Defendants George C. Zoley, Brian R. Evans, J. David Donahue, and Ann M. Schlarb*

58262617;2