UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-81063-RS

STEVE HARTEL, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE GEO GROUP, INC. and GEORGE C.
ZOLEY,

    Defendants.
_____/

**DEFENDANT GEORGE C. ZOLEY'S**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Paragraph 2.b. of the Court's July 27, 2020 Order [DE 5] and this Court's Order Granting Defendants' Motion to Dismiss, dated June 21, 2022 [DE 63], defendant George C. Zoley ("Zoley") respectfully submits this Certificate of Interested Parties. To the best of Zoley's knowledge, the following persons and entities have a financial interest, or may have a financial interest, in the outcome of the above-captioned action:

| Party | Interest |
|---|---|
| Steve Hartel | Filed initial Class Action Complaint; potential putative class member |
| Shepherd, Finkelman, Miller & Shah, LLP | Counsel for Steve Hartel and Doug Marshall |
| Pomerantz LLP | Counsel for Steve Hartel |
| Bronstein, Gewirtz & Grossman, LLC | Counsel for Steve Hartel |
| Rick Polland | Lead-Plaintiff movant; potential putative class member |
| Desmond Law Firm, P.C. | Counsel for Rick Polland |
| Glancy Prongay & Murray LLP | Counsel for Rick Polland |
| Ye Zhang | Lead-Plaintiff movant; potential putative class member |

| Party | Interest |
|---|---|
| The Rosen Law Firm, P.A. | Counsel for Ye Zhang |
| James Michael DeLoach | Lead-Plaintiff; potential putative class member |
| Cullin O'Brien Law, P.A. | Counsel for James Michael DeLoach |
| Edward Oketola | Lead-Plaintiff; potential putative class member |
| Roche Freedman LLP | Co-Lead Plaintiffs' Counsel |
| Levi & Korsinsky, LLP | Co-Lead Plaintiffs' Counsel |
| The Schall Law Firm | Counsel for Edward Oketola |
| Doug Marshall | Lead-Plaintiff movant; potential putative class member |
| Pomerantz LLP | Counsel for Doug Marshall |
| Portnoy Law Firm | Counsel for Doug Marshall |
| The GEO Group, Inc. | Defendant |
| King & Spalding LLP | Counsel for the GEO Group, Inc. |
| George C. Zoley | Defendant |
| Gunster, Yoakley & Stewart, P.A. | Counsel for George Zoley |

Dated:  July 22, 2022                    Respectfully submitted,

**GUNSTER, YOAKLEY & STEWART, P. A.**
600 Brickell Avenue, 35th Floor
Miami, FL 33131
Telephone: (305) 376-6000
Facsimile: (786) 425-4090

By: /s/ *William K. Hill*
    William K. Hill, Esq.
    Florida Bar Number: 747180
    whill@gunster.com
    Ernest "EJ" A. Cox IV, Esq.
    Florida Bar Number: 124652
    ecox@gunster.com

    *Counsel for Defendant George C. Zoley*

ACTIVE:15797189.1

2