**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:20-cv-81063-RS**

STEVE HARTEL, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

v.

THE GEO GROUP, INC. and
GEORGE C. ZOLEY,

      Defendants.

_____/

**JOINT MOTION FOR ENTRY OF STIPULATED**
**PROTECTIVE ORDER GOVERNING CONFIDENTIALITY**

Lead Plaintiffs James Michael DeLoach and Edward Oketola ("Lead Plaintiffs") and defendants The GEO Group, Inc. and George C. Zoley ("Defendants;" together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 26(c) and S.D. Fla. L.R. 7.1, hereby jointly move the Court for entry of the Parties' Stipulated Protective Order, in the form attached as Exhibit A. The Parties have jointly drafted the attached Stipulated Protective Order, and agree to be bound by all of the terms contained therein.

In support of this Motion, the Parties state as follows:

1.     The Parties have spent weeks meeting and conferring and negotiating drafts of the Stipulated Protective Order. Entry of the Stipulated Protective Order will facilitate judicial efficiency and effective management of this litigation.

2.     The Parties agree that entry of the Stipulated Protective Order is necessary in this litigation to govern the exchange of confidential and highly confidential information and documents produced or made available in this case.

3.     With respect to filing confidential and highly confidential information and/or documents with the Court, the Stipulated Protective Order acknowledges that the Parties must

comply with Local Rules 5.3(b)(3)(C) and 5.4(b), which set forth the procedures that must be followed and the standards that will be applied when a Party seeks permission from the Court to file material under seal.

WHEREFORE, Lead Plaintiffs and Defendants respectfully request that the Court enter the Stipulated Protective Order attached as Exhibit A.

## **CERTIFICATION OF GOOD FAITH CONFERRAL**

Pursuant to Local Rule 7.1(a)(3), counsel for Lead Plaintiffs and Defendants certify that they have conferred with one another and jointly agree to the entry of the Stipulated Protective Order attached as Exhibit A.

*[Signature blocks on following page]*

2

Dated: October 31, 2022

**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (786) 924-2900
Fax: (646) 392-8842

By:  */s/ Constantine P. Economides*
Constantine P. Economides (FL# 118177)
ceconomides@fnf.law
Velvel (Devin) Freedman (FL# 99762)
vel@fnf.law
Ivy T. Ngo (*pro hac vice*)
ingo@fnf.law

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt
Adam M. Apton
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
nporritt@zlk.com
aapton@zlk.com

*Co-Lead Counsel for the Class*

**CULLIN O'BRIEN LAW, P.A.**
Cullin O'Brien (FL# 0597341)
6541 NE 21st Way
Fort Lauderdale, Florida 33308
Tel: (561) 676-6370
Fax: (561) 320-0285
cullin@cullinobrienlaw.com

*Additional Counsel for Lead Plaintiff
James Michael DeLoach*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac vice forthcoming*)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Tel: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Edward
Oketola*

Respectfully submitted,

**KING & SPALDING LLP**
Southeast Financial Center
200 S. Biscayne Blvd., Suite 4700
Miami, FL 33131
Tel: (305) 462-6000
Fax: (305) 462-6100

By: /s/ *Brian P. Miller*
Brian P. Miller, Esq.
Florida Bar No. 0980633
bmiller@kslaw.com
Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662
skavanaugh@kslaw.com
Ross Linzer, Esq.
Florida Bar No. 0073094
rlinzer@kslaw.com

*Counsel for Defendant The GEO Group, Inc.*

**GUNSTER, YOAKLEY & STEWART, P. A.**
600 Brickell Avenue, 35th Floor
Miami, FL 33131
Tel: (305) 376-6000

By: /s/ *William K. Hill*
William K. Hill, Esq.
Florida Bar Number: 747180
whill@gunster.com
George S. LeMieux, Esq.
Florida Bar Number: 16403
glemieux@gunster.com
Ernest "EJ" A. Cox IV, Esq.
Florida Bar Number: 124652
ecox@gunster.com

*Counsel for Defendant George C. Zoley*

3