UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:20-cv-81063-RS**

STEVE HARTEL, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE GEO GROUP, INC. and
GEORGE C. ZOLEY,

    Defendants.
_____/

**JOINT RESPONSE TO COURT'S ORDER [ECF No. 82] AND
MOTION TO MODIFY ORDER OF REFERRAL TO MEDIATION [ECF No. 72]**

Lead Plaintiffs James Michael DeLoach and Edward Oketola ("Lead Plaintiffs") and defendants The GEO Group, Inc. and George C. Zoley ("Defendants;" together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, and pursuant to S.D. Fla. L.R. 7.1, hereby respond to the Court's November 2, 2022 Order [ECF No. 82] and jointly move the Court to modify the Court's Order of Referral to Mediation, entered August 19, 2022 ("Mediation Order") [ECF No. 72] to relieve the mediation participants from the obligation to appear in person.

In support of this Motion, the Parties state as follows:

1. Lead Plaintiffs' Consolidated Class Action Second Amended Complaint ("SAC") [ECF No. 46] alleges that Defendants violated the Securities Exchange Act of 1934 (the "Exchange Act") by making materially false and misleading statements.  The SAC sets forth two counts: Count I alleges violations of § 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5, 17 C.F.R. § 240.10b-5, against both Defendants and Count II alleges violations of § 20(a) of the Exchange Act, 15 U.S.C. § 78t(a), against the individual Defendant, George C. Zoley.

2. The Parties have spent significant time and efforts meeting and conferring on the selection of a mediator amenable to the Parties as well as to Defendants' insurers. Nationally, there are a select few mediators familiar with and experienced in mediating the highly sophisticated securities class action claims asserted in this lawsuit. Ultimately, the Parties agreed to one such mediator – Robert A. Meyer with JAMS, who is based out of Los Angeles, California.

3. Mr. Meyer is eminently qualified to serve as the mediator in this lawsuit. He is a Fellow of the American College of Trial Lawyers and has represented both plaintiffs and defendants in securities litigation, class actions and derivative suits, among other litigation, over nearly 40 years. As a mediator for more than 12 years, Mr. Meyer is ranked on the exclusive "National Mediators" List, Chambers USA (2019-2022), where he is recognized for being an "extraordinarily effective [mediator] because he comes well prepared and his views carry a lot of credibility." Mr. Meyer's detailed biography and accomplishments can be reviewed at https://www.jamsadr.com/meyer/.

4. The Parties believe that mediation is appropriate now and may be fruitful at this early juncture before the significant time and expense of discovery. As such, the Parties desired for Mr. Meyer to conduct mediation at his earliest opportunity. Unfortunately, as Mr. Meyer is highly sought after, he does not have any availability in the standard Monday-to-Friday work week before Christmas 2022.

5. However, given his willingness to accommodate the Parties and mediate this lawsuit, he graciously offered to schedule mediation on a Sunday – December 4, 2022 – on the condition that it be conducted remotely.

6. The Parties recognize that the Court's Mediation Order mandates that "[a]ppearance shall be **in person;** telephonic and videoconference appearance is prohibited." ECF No. 72 (emphasis in original). However, even if the mediator would agree to drop his condition,

it is logistically difficult and unduly burdensome for all participants in the mediation to gather together in person on Sunday, December 4th in Los Angeles.

7. The Parties and counsel in this lawsuit are located throughout the country. Defendants and their counsel are located in Florida. Counsel for Lead Plaintiffs are in Florida, Washington D.C., Colorado, and California. One Lead Plaintiff (Mr. DeLoach) is in Texas. Defendants' insurance representatives are in Washington D.C. and Connecticut. One Lead Plaintiff (Mr. Oketola) is in California.

8. Requiring in person mediation would compel more than ten individuals to fly across the country over the weekend. This would impose a substantial burden on all involved, as it would deprive mediation participants of invaluable time with their families and children. Further, at least one undersigned counsel observes the Jewish Sabbath and would not be able to travel from Friday evening through Saturday evening.

WHEREFORE, Lead Plaintiffs and Defendants respectfully request that the Court modify its Mediation Order to permit mediation participants from appearing telephonically and/or via videoconference to facilitate mediation with Mr. Meyer on December 4th.

### **CERTIFICATION OF GOOD FAITH CONFERRAL**

Pursuant to Local Rule 7.1(a)(3), counsel for Lead Plaintiffs and Defendants certify that they have conferred with one another and jointly agree to the relief sought in this motion.

*[Signature blocks on following page]*

Dated: November 4, 2022

Respectfully submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 851-5997

By: */s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman (FL# 99762)
vel@fnf.law
Constantine P. Economides (FL# 118177)
ceconomides@fnf.law
Ivy T. Ngo (*pro hac vice*)
ingo@fnf.law

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt
Adam M. Apton
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
nporritt@zlk.com
aapton@zlk.com

*Co-Lead Counsel for the Class*

**CULLIN O'BRIEN LAW, P.A.**
Cullin O'Brien (FL# 0597341)
6541 NE 21st Way
Fort Lauderdale, Florida 33308
Tel: (561) 676-6370
Fax: (561) 320-0285
cullin@cullinobrienlaw.com

*Additional Counsel for Lead Plaintiff James Michael DeLoach*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac vice forthcoming*)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Tel: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Edward Oketola*

**KING & SPALDING LLP**
Southeast Financial Center
200 S. Biscayne Blvd., Suite 4700
Miami, FL 33131
Tel: (305) 462-6000
Fax: (305) 462-6100

By: */s/ Brian P. Miller*
Brian P. Miller, Esq.
Florida Bar No. 0980633
bmiller@kslaw.com
Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662
skavanaugh@kslaw.com
Ross Linzer, Esq.
Florida Bar No. 0073094
rlinzer@kslaw.com

*Counsel for Defendant The GEO Group, Inc.*

**GUNSTER, YOAKLEY & STEWART, P. A.**
600 Brickell Avenue, 35th Floor
Miami, FL 33131
Tel: (305) 376-6000

By: */s/ William K. Hill*
William K. Hill, Esq.
Florida Bar Number: 747180
whill@gunster.com
George S. LeMieux, Esq.
Florida Bar Number: 16403
glemieux@gunster.com
Ernest "EJ" A. Cox IV, Esq.
Florida Bar Number: 124652
ecox@gunster.com

*Counsel for Defendant George C. Zoley*