**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case File No. 9:20-cv-81063-RS

STEVE HARTEL, individually and on
behalf of all others similarly situated,

                Plaintiff,

    vs.

THE GEO GROUP, INC., *et al.*,

                Defendants.

                              /

**DECLARATION OF MORGAN KIMBALL REGARDING**
**NOTICE AND CLAIMS ADMINISTRATION**

I, Morgan Kimball, hereby declare and state as follows:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq").  The statements of fact in this declaration are based on my personal knowledge and information provided to me by my colleagues in the ordinary course of business, and if called on to do so, I could and would testify competently thereto.

2.      Epiq was appointed as the Claims Administrator pursuant to the Court's Order Preliminarily Approving Settlement and for Providing Notice to the Class dated July 10, 2023 (the "Order"), and in accordance with the Stipulation and Agreement of Settlement dated May 1, 2023 (the "Agreement") (ECF No. 86).[1] I submit this Declaration in order to advise the Parties and the Court regarding the implementation of the Court-approved notice plan, and to report on Epiq's handling to date of the claims administration, in accordance with the Order and the Agreement.

---

[1] All capitalized terms not otherwise defined in this document shall have the same meanings ascribed to them in the Agreement.

3.      Epiq was established in 1968 as a client services and data processing company. Epiq has administered bankruptcies since 1985 and settlements since 1993.  Epiq has routinely developed and executed notice programs and administrations in a wide variety of mass action contexts including settlements of consumer, antitrust, products liability, and labor and employment class actions, settlements of mass tort litigation, Securities and Exchange Commission enforcement actions, Federal Trade Commission disgorgement actions, insurance disputes, bankruptcies, and other major litigation.  Epiq has administered more than 4,500 settlements, including some of the largest and most complex cases ever settled.  Epiq's class action case administration services include administering notice requirements, designing direct-mail notices, implementing notice fulfillment services, coordinating with the United States Postal Service ("USPS"), developing and maintaining notice websites and dedicated telephone numbers with recorded information and/or live operators, processing exclusion requests, objections, claim forms and correspondence, maintaining class member databases, adjudicating claims, managing settlement funds, and calculating claim payments and distributions.  As an experienced neutral third-party administrator working with settling parties, courts, and mass action participants, Epiq has handled hundreds of millions of notices, disseminated hundreds of millions of emails, handled millions of phone calls, processed tens of millions of claims, and distributed hundreds of billions in payments.

## OVERVIEW OF ADMINISTRATION

4.      Pursuant to the Order, Epiq was appointed to provide, and did provide, the following administrative services for the benefit of Settlement Class Members, as they are defined in the Agreement:

- Cause a Press Release to be distributed in Business Wire;

2

- Mail a Postcard Notice to Settlement Class Members;

- Establish and maintain an official Settlement Website;

- Establish and maintain an official toll-free telephone number;

- Review and process Requests for Exclusion sent to or received by Epiq;

- Review and track objections sent to or received by Epiq; and

- Receive, process, track, and report on Proofs of Claim sent to or received by Epiq.

## PRESS RELEASE

5.     Pursuant to Section 9 of the Order, on August 14, 2023, Epiq distributed a press release to *Business Wire* announcing the proposed Settlement to media outlets across the country. A copy of the press release that was distributed by *Business Wire* is attached hereto as **Exhibit A**.

## DATA TRANSFER

6.     On July 14, 2023, Defendants' Counsel provided Epiq with one (1) electronic file containing potential Settlement Class Member records.  The file contained 256 records of names, mailing addresses, and email addresses for Settlement Class Members.

7.     Epiq loaded the information provided by Defendants' Counsel into a database created for the purpose of administration of the proposed Settlement.  Epiq assigned unique identifiers to all the records it received in order to maintain the ability to track them throughout the claims administration process.  Epiq removed exact duplicate records, which resulted in 255 of Settlement Class Member records (the "Class List").

## MAILING OF THE POSTCARD NOTICE

8.      Pursuant to Section 8 of the Order, Epiq was responsible for sending the Postcard Notice to potential Settlement Class Members via U.S. First Class Mail.  Attached hereto as **Exhibit B** is the Postcard Notice that Epiq disseminated by mail.

9.      Prior to commencing any mailings for this matter, Epiq established a post office box ("P.O. Box") to mail notice from and to allow Settlement Class Members to contact Epiq or submit documents by mail.  Epiq has and will continue to maintain the P.O. Box throughout the claims administration process.

10.     On July 31, 2023, Epiq mailed 255 Postcard Notices via First Class USPS Mail to all Settlement Class Members on the Class List. Epiq also mailed a Postcard Notice to the 1,043 U.S. banks, brokerage firms, institutions, and other third-party nominees ("Nominees") listed in Epiq's proprietary Nominee database.

11.     Nominees purchase securities on behalf of beneficial owners. They are beneficial purchasers whose securities are held in "street name" (*i.e.* the securities are purchased and held by one of the Nominees on behalf of the beneficial purchaser). Epiq's proprietary list of Nominees includes the vast majority of Nominees listed on the Depository Trust Company Security Position Reports as well as the largest and most common broker firms, banks, and other institutions involving publicly-traded securities. This list is contained in a database created and maintained by Epiq. In Epiq's experience, the institutions included in the Nominee Database represent a significant majority of the beneficial holders of securities in most settlements involving publicly-traded companies.

12.     Nominees may send Epiq a list of their customers who may be Settlement Class Members so Epiq can send them the Postcard Notices, or Nominees may forward the Postcard

4

Notice to their eligible customers themselves. If a Nominee chooses to send the Postcard Notice to their eligible customers themselves, they may request to be reimbursed for the noticing costs. As of September 29, 2023, Epiq has sent 5,228 Postcard Notices to potential Settlement Class Members who were identified by Nominees, and Epiq has received six (6) invoices from Nominees who handled the noticing themselves. Epiq may continue to receive such mailing requests and reimbursement requests, and Epiq will complete them in a timely manner.

13. The return address on the Postcard Notices is the P.O. Box maintained by Epiq. As of September 29, 2023, 24 Postcard Notices have been returned by the USPS with forwarding information and promptly re-mailed to the forwarding address.

14. As of September 29, 2023, a total of 129 Postcard Notices have been returned to Epiq without forwarding address information. As a result of skip trace searches performed by Epiq using a third-party lookup service maintained by TransUnion, a total of 22 addresses were updated and sent re-mailed Postcard Notices. Address updating and re-mailing for undeliverable Postcard Notices is ongoing and will continue through the claims filing deadline.

15. In total, as of September 29, 2023, Epiq has mailed Postcard Notice to 5,483 Settlement Class Member records provided by either Defendants' Counsel or Nominees. Of the 5,483 Settlement Class Member records, Epiq was able to deliver Postcard Notice to 5,376 of them, representing 98% of that population.

**<u>SETTLEMENT WEBSITE</u>**

16. On July 28, 2023, Epiq launched a Settlement Website, www.HartelSecuritiesSettlement.com, that Settlement Class Members could visit to obtain additional information about the proposed Settlement, as well as important documents, including the Notice, Proof of Claim, Agreement, and Order. The Settlement Website contains a summary

of options available to Settlement Class Members, deadlines to act, and provides answers to frequently asked questions. Settlement Class Members are also able to file a Proof of Claim via the Settlement Website, or download a paper Proof of Claim, which they could then file by mail. References to the Settlement Website were prominently displayed in Postcard Notice and Summary Notice.

17. As of September 29, 2023, the Settlement Website has been visited by 1,238 unique visitors, and 4,594 website pages have been viewed. Epiq has maintained and will continue to maintain and update the Settlement Website throughout the claims administration process.

## TOLL-FREE TELEPHONE NUMBER

18. On July 28, 2023, Epiq established and is maintaining a toll-free telephone number, 1-877-589-2242, to provide information and accommodate inquiries from Settlement Class Members. Callers hear an introductory message and then are provided with scripted information about the proposed Settlement in the form of recorded answers to frequently asked questions. Callers have to speak with a live operator during normal business hours. The toll-free number was included in the Postcard Notice sent to Settlement Class Members and is available 24 hours per day, 7 days per week.

19. Callers also have the option to request a Notice and Proof of Claim ("Claim Package") by mail. As of September 29, 2023, four (4) Claim Packages have been mailed via First Class U.S. Mail to persons who submitted a request for one. A copy of the Claim Package is attached hereto as **Exhibit C**.

20. As of September 29, 2023, the toll-free number has received 158 calls representing 663 total minutes, and call center representatives have handled 47 inbound calls representing 401.88 minutes of use and one (1) outbound call representing 4.85 minutes of use. Epiq has and

will continue to maintain and update the toll-free telephone number throughout the claims administration process.

## EMAIL INBOX

21.     Epiq established and maintains an email inbox specific for this matter, Info@HartelSecuritiesSettlement.com, for Settlement Class Members to submit requests for notices, submit Proofs of Claim, and ask questions regarding the proposed Settlement.  As of September 29, 2023, Epiq has received 318 incoming emails. Epiq will continue to maintain this inbox throughout the claims administration process.

## REQUESTS FOR EXCLUSION

22.     Pursuant to Section 15 of the Order, Settlement Class Members who wish to be excluded from the proposed Settlement are required to mail written Requests for Exclusion to Epiq, such that they are postmarked on or before October 17, 2023.  As of September 29, 2023, Epiq has not received any Requests for Exclusion.

## OBJECTIONS RECIEVED

23.     Pursuant to Section 18 or the Order, Settlement Class Members who wish to object to the proposed Settlement are required to submit written objections to the Clerk of the Court, such that they are filed with the Court on or before the objection deadline of October 17, 2023.  As of September 29, 2023, Epiq is not aware of and has not received any written objections to the proposed Settlement.

## PROOFS OF CLAIMS RECEIVED

24.     Pursuant to Section 13 of the Order, Settlement Class Members who wish to participate in the proposed Settlement are required to submit completed Proofs of Claim to the

8

Claims Administrator online and/or by mail, so that it is submitted and/or postmarked no later than November 28, 2023.  As of September 29, 2023, Epiq has received 67 Proofs of Claim.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 29, 2023, in Sacramento, CA.

_____

Morgan Kimball
Project Manager, Epiq

8

# EXHIBIT A



# Levi & Korsinsky, LLP and Freedman Normand Friedland LLP Announce Notice of Pendency and Settlement Involving Purchasers of GEO Group, Inc. Common Stock

August 14, 2023 11:00 AM Eastern Daylight Time

FT. LAUDERDALE, Fla.--(BUSINESS WIRE)--The following Notice of Pendency and Settlement involving purchasers of GEO Group, Inc. Common Stock is being issued by Levi & Korsinsky, LLP and Freedman Normand Friedland LLP:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| STEVE HARTEL, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC., *et al.*,<br><br>   Defendants. | Case File No. 9:20-cv-81063-RS |

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE GEO GROUP, INC. ("GEO") COMMON STOCK BETWEEN NOVEMBER 9, 2018 AND AUGUST 5, 2020, INCLUSIVE.[1]**

**YOU ARE HEREBY NOTIFIED,** pursuant to Federal Rule of Civil Procedure 23, that a hearing will be held on November 14, 2023, at 10:00 a.m., before the Honorable Rodney Smith, United States District Judge for the Southern District of Florida, in Courtroom 202B at the U.S. Federal Building and Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, for the purpose of determining, among other things, whether the following matters should be approved as fair, reasonable and adequate: (1) the proposed Settlement of claims asserted in the Action for the sum of $3,000,000.00 in cash; (2) thereafter, dismissal with prejudice of the Action as set forth in the Stipulation; (3) the Plan of Allocation; and (4) the application of Lead Counsel for an award of attorneys' fees and expenses incurred in connection with the Action and any award to the Plaintiffs.

If you purchased or otherwise acquired GEO common stock between November 9, 2018 and August 5, 2020, inclusive (the "Class Period"), your rights may be affected by the Settlement of this Action. If you have not received the detailed Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and a copy of the Proof of Claim and Release Form ("Proof of Claim"), you may obtain these documents, free of charge, by contacting the Claims Administrator, by mail at: *Hartel v. The GEO Group, Inc., et al.*, Claims Administrator, PO Box 3729, Portland, OR 97208-3729; or online at www.HartelSecuritiesSettlement.com.

If you purchased or otherwise acquired GEO common stock during the Class Period and wish to share in the distribution of the Net Settlement Fund, you must submit a valid Proof of Claim no later than November 28, 2023, establishing that you are entitled to recovery. As further described in the Notice, if you are a Class Member you will be bound by any Judgment entered in the Action, regardless of whether you submit a Proof of Claim, unless you exclude yourself from the Class, in accordance with the procedures set forth in the Notice, no later than October 17, 2023. Any objections to the Settlement, Plan of Allocation or attorneys' fees and expenses must be filed and served, in accordance with the procedures set forth in the Notice, no later than October 17, 2023.

All inquiries, other than requests for copies of the Notice and Proof of Claim form, may be directed to Lead Counsel:

LEVI & KORSINSKY, LLP
Nicholas I. Porritt, Esq.
Adam M. Apton, Esq.
55 Broadway, 4th Floor
New York, New York 10006
nporritt@zlk.com
aapton@zlk.com


FREEDMAN NORMAND FRIEDLAND LLP
Velvel (Devin) Freedman
Ivy T. Ngo
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
vel@fnf.law
ingo@fnf.law
ceconomides@fnf.law

**_INQUIRIES SHOULD NOT BE DIRECTED TO THE COURT, THE
CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL._**

If you have any questions about the proposed Settlement, you may contact Lead Counsel at the addresses listed above.

DATED: August 14, 2023

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

_____

[1] Unless otherwise noted, capitalized terms used herein shall have the same meanings ascribed to them in the Stipulation of Settlement dated May 1, 2023 (the "Stipulation").

SOURCE: Levi & Korsinsky, LLP and Freedman Normand Friedland LLP

URL: www.HartelSecuritiesSettlement.com

## Contacts
Ivy T. Ngo, Esq.
Freedman Normand Friedland LLP
646.876.3568
ingo@fnf.law

# EXHIBIT B

Hartel Securities Settlement
Claims Administrator
PO Box 3729
Portland, OR 97208-3729

BARCODE
NO-PRINT
ZONE

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Portland, OR
PERMIT NO. 2882

*COURT-ORDERED LEGAL NOTICE*

**Important Notice about a Securities Class Action Settlement.**

**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully.**

*Hartel v. The GEO Group, Inc., et al.,*
Case No. 9:20-cv-81063-RS

<<MAIL ID>>
<<NAME 1>>
<<NAME 2>>
<<ADDRESS LINE 1>>
<<ADDRESS LINE 2>>
<<ADDRESS LINE 3>>
<<ADDRESS LINE 4>>
<<ADDRESS LINE 5>>
<<CITY, STATE ZIP>>
<<COUNTRY>>

# Barcode No-Print Zone

THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT. PLEASE VISIT
WWW.HARTELSECURITIESSETTLEMENT.COM FOR MORE INFORMATION.

There has been a proposed settlement of claims against the GEO Group, Inc. ("GEO"), and George C. Zoley (collectively, the "Defendants"). The settlement would resolve a lawsuit in which Lead Plaintiffs allege Defendants disseminated materially false and misleading information to the investing public about GEO between November 9, 2018 and August 5, 2020 (the "Class Period") in violation of the federal securities laws. Defendants deny that Lead Plaintiffs have asserted any valid claims as to any of them, and expressly deny any and all allegations of fault, liability, wrongdoing, or damages whatsoever. You received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired GEO common stock during the Class Period.

Defendants have agreed to a settlement that includes payment in the amount of $3,000,000. The settlement provides that the Settlement Fund—after deduction of any Court-approved attorneys' fees and expenses, award to Lead Plaintiffs, notice and administration costs, and taxes—is to be divided among all Settlement Class Members who submit a valid Proof of Claim and Release Form, in exchange for the settlement of this case and the release of claims by Settlement Class Members. **For all details of the settlement, read the Stipulation and full Notice, available at www.HartelSecuritiesSettlement.com.**

Your share of the settlement proceeds will depend on the number of valid Proof of Claim and Release Forms submitted, and the number, size and timing of your transactions in GEO common stock. If every eligible Settlement Class Member submits a valid Proof of Claim form, the average recovery will be $0.055 per eligible share before expenses and other Court-ordered deductions. Your award will be determined *pro rata* based on the number of claims submitted. This is further explained in the detailed Notice found on the settlement website.

**To qualify for payment, you must submit a valid and timely Proof of Claim and Release Form.** The Proof of Claim and Release Form can be found at www.HartelSecuritiesSettlement.com or will be mailed to you upon request to the Claims Administrator (877-589-2242). **Proof of Claim and Release Forms must be submitted online or postmarked by** November 28, 2023. If you do not want to be legally bound by the settlement, you must exclude yourself by October 17, 2023, or you will not be able to sue Defendants for claims that are released in this settlement. If you exclude yourself, you cannot share in the settlement proceeds. If you want to object to the settlement, you may file an objection by October 17, 2023. The detailed Notice explains how to submit a Proof of Claim and Release Form, request exclusion from the Settlement Class, or file an objection.

The Court will hold a hearing in this Action on November 14, 2023 at 10:00 am at the United States District Court Southern District of Florida located at 299 East Broward Boulevard, Courtroom 202B, Fort Lauderdale, Florida 33301,to consider whether to approve the proposed settlement and the requests made by the lawyers representing Lead Plaintiffs and the Settlement Class for attorneys' fees up to 33% of the Settlement Fund, plus actual expenses up to $40,000.00 associated with conducting this litigation and negotiating the settlement, and an award to Lead Plaintiffs. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (877-589-2242) or visit the website www.HartelSecuritiesSettlement.com and read the detailed Notice.

AJ0312 v.03

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:20-81063-CIV-SMITH**

|  |
|---|
| STEVE HARTEL, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>THE GEO GROUP, INC., et al.,<br><br>    Defendants. |

**NOTICE OF PENDENCY AND PROPOSED**
**SETTLEMENT OF CLASS ACTION**

*A United States Court authorized this Notice. This is not a solicitation from a lawyer.*

**TO: ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE GEO GROUP, INC. COMMON STOCK FROM NOVEMBER 9, 2018 TO AUGUST 5, 2020, BOTH DATES INCLUSIVE (THE "SETTLEMENT CLASS").[1]**

PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS MAY BE AFFECTED BY LEGAL PROCEEDINGS IN THIS ACTION. IF YOU ARE A SETTLEMENT CLASS MEMBER, AS DESCRIBED HEREIN, YOU MAY BE ENTITLED TO A PORTION OF THE PROCEEDS OF THE PROPOSED SETTLEMENT DESCRIBED IN THIS NOTICE. PLEASE NOTE THAT TO RECEIVE YOUR PORTION OF THE PROPOSED SETTLEMENT PROCEEDS, YOU MUST SUBMIT A VALID PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM") **POSTMARKED OR SUBMITTED ONLINE ON OR BEFORE NOVEMBER 28, 2023.**

*Excluded from the Settlement Class are (i) Defendants; (ii) the Officers and directors of GEO currently and during the Class Period; (iii) Immediate Family Members of any such excluded persons; (iv) the legal representatives, heirs, successors, or assigns of any such excluded persons or entities; and (v) any entity in which any such excluded party has, or had during the Class Period, a controlling interest.*

**Shares and Time Period:** The GEO Group, Inc. ("GEO") common stock purchased or otherwise acquired from November 9, 2018 to August 5, 2020, both dates inclusive (the "Class Period").

**Settlement Fund:** $3,000,000.00 in cash. Your recovery will depend on the number of shares purchased or acquired, the timing of your purchases or acquisitions, and any sales of the included shares. Depending on the number of eligible shares that participate in the settlement and when those shares were purchased and sold, Lead Plaintiffs estimate the average cash recovery per share of common stock will be approximately $0.055 per share (assuming claims representing all damaged shares are filed) before deduction of court-approved fees, expenses, and awards.

**Reasons for Settlement:** Lead Plaintiffs believe that the proposed settlement is fair, reasonable, adequate, and in the best interest of the Settlement Class. Lead Plaintiffs, and their counsel, reached this conclusion after investigating and considering, among other things, the strengths and weakness of Lead Plaintiffs' claims against Defendants, including Defendants' contentions that the claims are entirely without merit, the uncertainties of complex litigation, the legal and factual defenses available to Defendants, and the concrete benefits provided by the settlement to the Settlement Class Members. The proposed settlement agreement was entered into after extended mediation proceedings. Defendants expressly deny that Lead Plaintiffs have asserted any valid claims as to any of them, and expressly deny any and all allegations of fault, liability, wrongdoing, or damages whatsoever. Defendants are nevertheless willing to settle to avoid the continuing burden, expense, inconvenience, and distraction of this Action, and to avoid the ongoing risk of litigation. Likewise, Lead Plaintiffs and the Settlement Class also avoid the costs and risks associated with continued litigation, including the danger of no recovery for Settlement Class Members.

---

[1] All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 1, 2023 (the "Stipulation"). The Stipulation is available at www.HartelSecuritiesSettlement.com.

AJ0461 v.03

**Potential Outcome of the Case if not Settled:** The parties vigorously disagree on both liability and damages. Continuing with the case could have resulted in dismissal or loss at trial. Further, the two sides do not agree on the amount of money that could have been won if Lead Plaintiffs prevailed at trial. The issues on which the parties disagree include, but are not limited to: (1) the method for determining whether the price of GEO common stock was artificially inflated during the relevant period; (2) the amount of any such inflation; (3) the extent that various statements and/or omissions alleged by Lead Plaintiffs were materially false or misleading; (4) the extent that various statements and/or omissions alleged by Lead Plaintiffs influenced the trading price of GEO common stock during the Class Period; and (5) whether the statements and/or omissions alleged were material, false, misleading, or otherwise actionable under the securities laws.

**Attorneys' Fees and Expenses:** Lead Plaintiffs are represented by Lead Counsel. Lead Counsel has not received any payment for their work investigating the facts, conducting this litigation, or negotiating the proposed settlement on behalf of Lead Plaintiffs and the Settlement Class, nor has it been reimbursed for its out-of-pocket expenditures. If the settlement is approved by the Court, Lead Counsel will ask the Court for an award of attorneys' fees not to exceed 33% of the Settlement Fund, and reimbursement of out-of-pocket litigation expenses not to exceed $40,000.00 to be paid from the Settlement Fund. If the above amounts are requested and approved by the Court, the average cost per share of common stock will be $0.018. In addition, a Plaintiffs' PSLRA Award for the time and expenses incurred by the Lead Plaintiffs will be requested, not to exceed $5,000.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS PROPOSED CLASS ACTION SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM** | This is the only way to get a payment. |
| **EXCLUDE YOURSELF** | Get no payment. This is the only option that allows you to participate in another lawsuit against the Defendants relating to the legal claims in this case. |
| **OBJECT** | You may write to the Court if you do not like this Settlement. |
| **GO TO A HEARING** | You may ask to speak in Court about the fairness of the settlement. |
| **DO NOTHING** | Get no payment. |

**Deadlines to Exercise Your Legal Rights and Options:**

| | |
|---|---|
| Submit Claim: | November 28, 2023 |
| Request Exclusion: | October 17, 2023 |
| File Objection: | October 17, 2023 |

**Court Hearing on Fairness of Settlement:** November 14, 2023

**Distribution of Settlement Funds:** The Court overseeing this litigation must decide whether to approve the settlement. Payments will be made if the Court approves the settlement and, if there are any appeals, after appeals are resolved. Please be patient.

**For More Information:** For more information regarding the Action or this Notice, please visit www.HartelSecuritiesSettlement.com, or direct requests for information may be sent to:

**Claims Administrator:**

Hartel Securities Settlement
Claims Administrator
P.O. Box 3729
Portland, OR 97208-3729

**Lead Counsel:**

LEVI & KORSINSKY, LLP
Nicholas I. Porritt, Esq.
Adam M. Apton, Esq.
55 Broadway, 4th Floor, Suite #427
New York, New York 10006
nporritt@zlk.com
aapton@zlk.com

FREEDMAN NORMAND FRIEDLAND LLP
Velvel (Devin) Freedman, Esq.
Ivy T. Ngo, Esq.
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
vel@fnf.law
ingo@fnf.law

***The sending of this Notice should not be construed as any indication of the Court's view as to the merits of any claims or defenses asserted by any party to this Action.***

AJ0462 v.03

## BASIC INFORMATION

### 1.    Why Did I Get This Notice Package?

You or someone in your family may have purchased or acquired the publicly traded shares of GEO common stock between November 9, 2018 and August 5, 2020.

Pursuant to an order issued by the Court overseeing this litigation, you received this Notice because you have a right to know about the proposed settlement and about your rights and options as a potential member of the Settlement Class before the Court decides whether to approve the settlement. If the Court approves the proposed settlement and after any objections or appeals are resolved, the Claims Administrator appointed by the Court will distribute all payments allowed under the settlement.

This package explains the lawsuit, the proposed settlement, including, what benefits are available, who is eligible for them, and how to get them, and your legal rights and options.

### 2.    What is this Lawsuit About?

The Court in charge of the case is the United States District Court for the Southern District of Florida, and the case is known as *Hartel v. The GEO Group, Inc., et al.*, Case No. 9:20-81063-CIV-SMITH. The person who files a lawsuit is called the plaintiff or plaintiffs, and the company and/or individuals sued are called Defendants.

Lead Plaintiffs brought this lawsuit, which the Court subsequently narrowed. The only remaining allegations are that Defendants acted with scienter when making false and materially misleading statements and/or omissions about GEO's pending lawsuits, including but not limited to: (1) the Company did not expect any pending claims or lawsuits to have a material adverse effect on its financial condition, results of operations, or cash flows; (2) at all relevant times, the Company had not recorded an accrual relating to these matters; and (3) the Company did not expect the outcome of any pending claims or legal proceedings to have a material adverse effect on its financial condition, results of operations or cash flows. Plaintiffs allege that the alleged false and materially misleading statements and/or omissions induced Plaintiffs and other similarly situated shareholders to purchase shares of GEO common stock at artificially inflated prices. Lead Plaintiffs further allege that when the truth concerning GEO's pending lawsuits was revealed, the value of GEO common stock declined and, as a result, Lead Plaintiffs and other members of the Settlement Class suffered damages.

Defendants deny each of the claims and all allegations of wrongdoing made by Lead Plaintiffs in this lawsuit. Defendants further deny that Lead Plaintiffs and the Settlement Class were entitled to recover anything in this lawsuit. The Court has not decided who is right.

### 3.    Why Is This a Class Action?

In a class action, one or more people or entities called class representatives sue on behalf of people who have similar claims. This collective group of people is referred to as the class and each individual person with similar claims is considered a class member. One court is designated to resolve the claims for all class members, except for those who exclude themselves from the class. The Honorable Judge Rodney Smith is overseeing this lawsuit.

### 4.    Why Is There a Settlement?

Lead Counsel and counsel for Defendants participated in an out of court process known as mediation. Mediation is an alternative method to resolving legal disputes rather than waiting for the court to decide. The Court has yet to decide whether Lead Plaintiffs or Defendants are right in this case.

During mediation, the parties discussed, among other things, the claims and potential defenses, the parties' positions on damages, the evidence to be presented at trial, the risks of continuing litigation, and other important factual and legal issues. Following these negotiations, the parties agreed to settle all claims of the Settlement Class against the Defendants. By entering into the agreement to settle, Defendants do not concede the truth of any of the claims against them.

Lead Plaintiffs believe that the claims asserted in this Action have merit and that the evidence presented to date supports their allegations. However, Lead Plaintiffs recognize and acknowledge the expense and length of continued proceedings, trial, and possible appeals, and have considered the uncertain outcome and the risk of any litigation, especially complex actions such as this lawsuit. They are also mindful of the inherent problems of proof under the federal securities laws asserted in this case, and the potential defenses available to Defendants.

AJ0463 v.03

The proposed settlement allows the Settlement Class to avoid the costs and risks associated with continued litigation, and eligible Settlement Class Members who make valid claims will receive meaningful compensation from the Settlement Fund. Lead Plaintiffs and Lead Counsel believe the proposed settlement is in the best interest of the Settlement Class.

## CLASS MEMBERS TO RECEIVE SETTLEMENT PROCEEDS

### 5.    How Do I Know if I Am A Class Member?

Settlement Class Members are eligible to receive a portion of the settlement proceeds. The Settlement Class includes all Persons and entities who purchased or otherwise acquired GEO common stock between November 9, 2018 and August 5, 2020, both dates inclusive, except those that are excluded, as described below.

### 6.    What Are the Exceptions to Being Included In The Class?

You are not a Settlement Class Member if you are: (i) one of the Defendants named in the lawsuit; (ii) the Officers and directors of GEO currently and during the Class Period; (iii) Immediate Family Members of any such excluded persons; (iv) the legal representatives, heirs, successors, or assigns of any such excluded persons or entities; and (v) any entity in which any such excluded party has, or had during the Class Period, a controlling interest.

Further, if you only sold GEO common stock between November 9, 2018 and August 5, 2020, that alone does not make you a Settlement Class Member. In other words, in addition to any sales made during the Class Period, you needed to have made at least one purchase or acquisition of GEO common stock to be a Settlement Class Member.

### 7.    What Do I Do If I Am Still Not Sure If I Am A Class Member?

If you are still not sure whether you are included in the Settlement Class, you can ask for free help. You can contact the Claims Administrator toll-free at 877-589-2242, or you can fill out and return the Proof of Claim and Release Form enclosed with this Notice package, to see if you qualify.

## BENEFITS PROVIDED BY THE SETTLEMENT

### 8.    What Does the Settlement Provide?

Defendants have agreed to a settlement total of $3,000,000.00 in cash. The Settlement Fund, less taxes, approved costs, fees, and expenses (the "Net Settlement Fund"), will be divided amongst all eligible Settlement Class Members who submit a valid Proof of Claim and Release Form, known as Authorized Claimants.

### 9.    How Much Will My Payment Be?

Your portion of the Net Settlement Fund will depend on several things, including, how many Settlement Class Members submit timely and valid Proof of Claim and Release Forms, the total recognized losses represented by the valid Proof of Claim and Release Forms submitted, the total number of shares of GEO common stock you purchased or acquired during the Class Period, how much you paid for your shares, when you purchased or acquired your shares, and if you sold your shares and for how much.

By following the instructions in the Plan of Allocation, you can calculate what is called your Recognized Loss. An Authorized Claimant's Recognized Loss depends upon the number of shares of GEO common stock held at certain points in time during the Class Period. The Plan of Allocation also takes into consideration the limitation on damages set by governing federal law, the advice of experts, and the principles of economic loss articulated by the U.S. Supreme Court. For this settlement, the following table provides an average per-share amount of potential damages for purposes of calculating an Authorized Claimant's Recognized Loss:

|  | Date Shares Sold | | |
|---|---|---|---|
| Date Shares Purchased | | 11/09/2018-07/16/2019 | 07/17/2019-08/05/2020 | 08/06/2020-Present |
| | 11/09/2018-07/16/2019 | $0 | $1.48 | $2.25 |
| | 07/17/2019-08/05/2020 | N/A | $0 | $0.77 |

Please note that it is unlikely that you will receive all of your Recognized Loss. After all Settlement Class Members have submitted their Proof of Claim and Release Forms, the payment you receive will be a portion of the Net Settlement Fund equal to your Recognized Loss divided by the total of all Authorized Claimant's Recognized Losses. Likewise, this formula is not intended to be an estimate of a Settlement Class Member's actual losses or what might have been recoverable after a trial.

The Plan of Allocation also includes the following provisions:

1) An Authorized Claimant will only have a Recognized Loss in connection with damaged shares;

2) There shall be no Recognized Loss attributed to any GEO securities other than common stock or to any shares of common stock purchased on a foreign exchange;

3) The date of a purchase or sale is the "trade" date and not the "settlement" date;

4) The last-in, first-out basis ("LIFO") will be applied to both purchases and sales when applicable;

5) Shares purchased as a result of covering a short position will not result in a Recognized Loss;

6) Exercise of option contracts or the conversion of preferred stock into common stock will be considered to be purchases or sales of common stock as of the date of the exercise or conversion. Your purchase or sale price will be the closing price for the GEO common stock on that day, unless otherwise stated herein;

7) No cash payment will be made on a claim where the potential distribution amount is less than $10. Please be advised that if you did not incur a Recognized Loss as defined in the Plan of Allocation, you will not receive a cash distribution from the Net Settlement Fund, but you will be bound by all determinations and judgments of the Court in connection with the Settlement, including being barred from asserting any of the Released Claims against the Releasees;

8) No person shall have any claim against Lead Counsel, or the Claims Administrator or other agent designated by Lead Counsel, based on the distribution made substantially in accordance with the Stipulation and this Plan of Allocation, or further orders of the Court. In addition, Defendants and Defendants' Counsel have no responsibility or liability whatsoever for the Plan of Allocation, the administration of the settlement, or the distribution to Settlement Class Members, and no person shall have any claim against Defendants or Defendants' Counsel based on the Plan of Allocation, the administration of the settlement, or the distribution to the Settlement Class Members; and

9) Settlement Class Members who do not submit a valid Proof of Claim will not share in the settlement proceeds. Settlement Class Members who do not either submit a request for exclusion or submit a valid Proof of Claim will nevertheless be bound by the settlement and the Order and Final Judgment of the Court dismissing the Action.

## **SUBMITTING A PROOF OF CLAIM FORM**

### 10.   How Do I Receive A Portion Of The Settlement Proceeds?

To qualify for payment, you must be an eligible Settlement Class Member and you must submit a valid Proof of Claim and Release Form before the deadline. A Proof of Claim and Release Form is enclosed with this Notice. Read the instructions carefully, fill out the form, include all required documents identified in the form, sign it, and mail it in the enclosed envelope postmarked no later than November 28, 2023. You can also submit a claim online at www.HartelSecuritiesSettlement.com.

## 11.   When Will I Get My Payment?

The Court will hold a hearing on November 14, 2023, to decide whether to approve the settlement. If Judge Smith approves the proposed settlement, there is the possibility of appeals and/or objections. It is always uncertain whether these appeals and/or objections can be resolved, and resolving them can take time, perhaps several years. Everyone who sends in a Proof of Claim and Release Form will be informed of the determination with respect to their claim. Please be patient.

## 12.   What Am I Giving Up To Collect A Settlement Payment?

In return for payment pursuant to the settlement, the Court's approval order will apply to you and legally bind you and will release, discharge, and dismiss with prejudice all claims asserted in the lawsuit against each and all Defendants, without costs to any party except as explained in this Notice. This means that you cannot sue, continue to sue, or be part of any other lawsuit against the Defendants alleging the same legal issues in this case. The terms of the release are included in the enclosed Proof of Claim and Release Form.

### EXCLUDING YOURSELF FROM THE SETTLEMENT

## 13.   How Do I Exclude Myself from the Class?

If you are an eligible Settlement Class Member and do not want to receive payment from this settlement, but you want to keep the right to sue or continue to sue any of the Defendants on your own, regarding the same legal issues in this case, then you must take steps to exclude yourself from the Settlement Class, also referred to as opting out of the Settlement Class.

To exclude yourself from the Settlement Class, you must send a written letter by first class mail stating that you want to be excluded from the Settlement Class as defined in *Hartel v. The GEO Group, Inc., et al.*, Case No. 9:20-81063-CIV-SMITH. Your written request for exclusion must include your name, address, telephone number, signature, and the number of shares of GEO common stock you purchased or acquired between November 9, 2018 and August 5, 2020, the number of shares of GEO common stock you sold during this time period, if any, and the dates, quantities, and prices of such purchases and/or sales. You must mail your exclusion request postmarked no later than October 17, 2023 to:

> Hartel Securities Settlement
> Claims Administrator
> P.O. Box 3729
> Portland, OR 97208-3729

***You cannot exclude yourself by telephone, email or fax.***

If you submit a written request for exclusion, you are not eligible to receive any settlement payment, and you cannot object to the proposed settlement. You will not be legally bound by any orders or judgments entered with respect to this proposed settlement.

## 14.   If I Do Not Exclude Myself, Can I Sue Defendants for the Same Thing Later?

No. Settlement Class Members who do not exclude themselves from the Settlement Class and who fail to submit a valid and timely Proof of Claim and Release Form will nevertheless be bound by the settlement if approved, and all orders and judgments entered by the Court in connection therewith. Therefore, if you do not submit a written request for exclusion, you give up any right to sue Defendants for the claims resolved by the settlement. If you have a pending lawsuit against any of the Defendants, speak to your lawyer in that case immediately. Remember the exclusion deadline is October 17, 2023.

## 15.   If I Exclude Myself, Can I Still Receive A Settlement Payment?

No. If you submit a written and timely request for exclusion, you are not entitled to receive any benefits provided by the settlement in the event it is approved by the Court. If you submit a request for exclusion, please do not submit a Proof of Claim and Release Form. However, you may sue, continue to sue, or be part of a different lawsuit against any of the Defendants as you will no longer be bound by any orders or judgments entered in respect to this settlement.

AJ0466 v.03

## THE LAWYERS REPRESENTING YOU

### 16.   Do I Have a Lawyer in This Case?

The Court certified the law firms of Levi & Korsinsky, LLP and Freedman, Normand, Friedland LLP to represent you and the other Settlement Class Members. These lawyers are called Lead Counsel. You will not be charged for the services performed by these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 17.   How Will the Lawyers Be Paid?

Plaintiffs' Counsel will ask the Court for attorneys' fees of one-third of the Settlement Fund ($3,000,000) and for reimbursement of their out-of-pocket litigation expenses up to $40,000.00 that were advanced in connection with the litigation. Such sums as may be approved by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses.

The attorneys' fees and expenses requested will be the only payment to Lead Counsel for their efforts in achieving this settlement and for the risk in undertaking this representation on a wholly contingent basis. To date, Lead Counsel has not been paid for their services for conducting this litigation on behalf of the Lead Plaintiffs and the Settlement Class, nor has Lead Counsel received reimbursement for their out-of-pocket expenses. The fees requested will compensate Lead Counsel for their work in achieving this settlement and is within the range of fees awarded to class counsel under similar circumstances in other cases of this type. However, it is within the Court's discretion to award less than the requested amount.

Lead Counsel will also request an award in an amount not to exceed $5,000 for the Lead Plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995 for their reasonable costs and expenses, including lost wages, serving as the class representatives during this litigation. All amounts, including expenses incurred by the Claims Administrator for disseminating notice of this settlement, will be requested before distribution of the Net Settlement Fund to Settlement Class Members. Again, such sums, as may be approved by the Court, will be paid from the Settlement Fund.

## OBJECTING TO THE SETTLEMENT

### 18.   How Do I Tell The Court That I Do Not Like The Settlement?

If you are a Settlement Class Member and you do not agree with the proposed settlement or some part of it, you can file an objection with the Court. When objecting, you can give reasons why you think the Court should not approve it. The Court will consider your views. To object, you must send a letter to the Court saying that you object to the proposed settlement in *Hartel v. The GEO Group, Inc., et al.*, Case No. 9:20-81063-CIV-SMITH. Be sure to include your name, address, telephone number, signature, the GEO common stock purchased and sold between November 9, 2018 and August 5, 2020, along with the dates, quantities, and prices, and the reasons you object to the proposed settlement. All objections must be filed with the Court no later than October 17, 2023.

### 19.   What Is The Difference Between Objecting And Opting Out?

Objecting to the proposed settlement is simply telling the Court that you do not like something about the terms of the settlement. You can object *only if* you stay in the Settlement Class. Excluding yourself, or opting out, is telling the Court that you do not want to be part of the Settlement Class, and do not want to receive any benefits under the proposed settlement. If you exclude yourself, you have no basis to object because the case no longer affects you.

## THE COURT'S FINAL APPROVAL HEARING

### 20.   When and Where Will the Court Decide Whether to Approve the Settlement?

The Court will hold a fairness hearing at 10 a.m., on November 14, 2023, in Courtroom 202B at the U.S. Federal Building and Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. At this hearing the Court will consider whether the proposed settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them at this time. Judge Smith will listen to people who have asked to speak at the hearing. The Court will also consider how much to pay to Lead Counsel and whether an award to the Lead Plaintiffs is appropriate. The Court may decide these issues at the hearing or take them under consideration. We do not know how long these decisions will take.

AJ0467 v.03

**21.   Do I Have to Come to the Final Approval Hearing?**

No. Lead Counsel will answer any questions Judge Smith may have, but you are welcome to come at your own expense. If you choose to attend, you may speak, but you do not have to. If you send an objection, you do not have to come to Court to talk about it. If you timely mailed your written objection, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

**22.   May I Speak at the Final Approval Hearing?**

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must send a letter saying that it is your intention to appear in *Hartel v. The GEO Group, Inc., et al.*, Case No. 9:20-81063-CIV-SMITH. Be sure to include your name, address, telephone number, signature, and the number of shares of GEO common stock purchased or acquired between November 9, 2018 and August 5, 2020, along with the dates, quantities, and prices. However, you cannot speak at the Final Approval Hearing if you exclude yourself from the Settlement Class.

## IF YOU DO NOTHING IN RESPONSE TO THIS NOTICE

**23.   What Happens if I Do Nothing In Response To This Notice?**

If you do not submit a valid and timely Proof of Claim and Release Form, you will not receive any money from the settlement, once approved by the Court. Unless you exclude yourself from the settlement, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against the Defendants relating to the same legal issues in this case.

## MORE INFORMATION ABOUT THE SETTLEMENT

**24.   Where Can I Find More Details About The Settlement?**

This Notice summarizes the proposed settlement. More details are in the Stipulation and Agreement of Settlement dated May 1, 2023. You can get a copy of the Stipulation or more information about the Settlement by visiting www.HartelSecuritiesSettlement.com.

You can also contact the Claims Administrator or Lead Counsel:

**Claims Administrator:**

Hartel Securities Settlement
Claims Administrator
P.O. Box 3729
Portland, OR 97208-3729

**Lead Counsel:**

LEVI & KORSINSKY, LLP
Nicholas I. Porritt, Esq.
Adam M. Apton, Esq.
55 Broadway, 4th Floor, Suite #427
New York, New York 10006
nporritt@zlk.com
aapton@zlk.com

FREEDMAN NORMAND FRIEDLAND LLP
Velvel (Devin) Freedman, Esq.
Ivy T. Ngo, Esq.
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
vel@fnf.law
ingo@fnf.law

A copy of the Stipulation and other pleadings in the Action may also be obtained from the Clerk's Office during regular business hours:

Clerk of Court
United States District Court for the Southern District of Florida
U.S. Federal Building and Courthouse
299 East Broward Boulevard, #108
Fort Lauderdale, Florida 33301

***DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.***

AJ0468 v.03

8

## <u>SPECIAL NOTICE TO BROKERS AND OTHER NOMINEES</u>

Brokerage firms, banks, financial institutions and other nominees ("Nominees") who, during the Class Period, purchased, acquired, or sold GEO common stock in the name of the Nominees on behalf of beneficial owners who may be Settlement Class Members, ***must*** within ten (10) days after you receive this Notice, either: (1) send a copy of this Notice by first class mail to all such Persons; or (2) provide a list of names and addresses of such Persons to the Claims Administrator:

       Hartel Securities Settlement
       Claims Administrator
       P.O. Box 3729
       Portland, OR 97208-3729

If you choose to mail the Notice yourself, you may obtain from the Claims Administrator (without cost to you) as many additional copies of these documents as you will need to complete the mailing.

Regardless of whether you choose to complete the mailing yourself or elect to have the mailing performed for you, you may seek reimbursement for or advancement of reasonable administrative expenses actually incurred or expected to be incurred in connection with forwarding the Notice and which would not have been incurred but for the obligation to forward the Notice, not exceeding $0.15 per name and address, upon submission of appropriate documentation to the Claims Administrator.

DATED: JULY 10, 2023

       **BY THE ORDER OF THE COURT**
       **RODNEY SMITH**
       **UNITED STATES DISTRICT JUDGE**

AJ0469 v.03

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:20-81063-CIV-SMITH**

STEVE HARTEL, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

THE GEO GROUP, INC., et al.,

Defendants.

## PROOF OF CLAIM AND RELEASE FORM

### I.    GENERAL INSTRUCTIONS

1.    To recover as a member of the Settlement Class based on the claims asserted in the action entitled *Hartel v. The GEO Group, Inc., et al.*, Case No. 9:20-81063-CIV-SMITH (the "Action"), you must complete and, on page 5 hereof, sign this Proof of Claim and Release. If you fail to submit a properly addressed (as set forth in paragraph 3 below) Proof of Claim and Release Form, your claim may be rejected and you may be precluded from any recovery from the Settlement Fund created in connection with the proposed Settlement of the Action.[1]

2.    Submission of this Proof of Claim and Release Form, however, does not assure that you will share in the proceeds of the Settlement of the Action.

3.    YOU MUST MAIL YOUR COMPLETED AND SIGNED PROOF OF CLAIM AND RELEASE FORM POSTMARKED ON OR BEFORE NOVEMBER 28, 2023, ADDRESSED AS FOLLOWS:

Hartel Securities Settlement
Claims Administrator
P.O. Box 3729
Portland, OR 97208-3729

4.    If you are a Settlement Class Member, you are bound by the terms of any judgment or order entered in the Action, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM AND RELEASE FORM, unless you timely submit a valid request for exclusion from the Settlement Class pursuant to the Notice.

### II.    CLAIMANT IDENTIFICATION

1.    If you purchased or acquired GEO common stock during the period between November 9, 2018 and August 5, 2020, both dates inclusive, and held the certificate(s) in your name, you are the beneficial purchaser or acquirer as well as the record purchaser or acquirer. If, however, the certificate(s) was (were) registered in the name of a third party, such as a brokerage firm or other nominees ("Nominees"), you are the beneficial purchaser, and the third party is considered a record purchaser.

2.    Use Part I of this form entitled "Claimant Identification" to identify each purchaser of record (Nominee), if different from the beneficial purchaser of GEO common stock which form the basis of this claim. THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL PURCHASER OR PURCHASERS, OR THE LEGAL REPRESENTATIVE OF SUCH PURCHASER OR PURCHASERS OF THE GEO COMMON STOCK UPON WHICH THIS CLAIM IS BASED.

3.    All joint purchasers must sign this claim. Executors, administrators, guardians, conservators, and trustees must complete and sign this claim on behalf of Persons represented by them; their authority must accompany this claim and their titles or capacities must be stated. The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

---

[1] Unless otherwise stated, all capitalized terms used, but not defined, shall have the meanings ascribed to them in the Stipulation of Settlement filed with the Court.

01-CA40065023
AJ0471 v.06

1

### III.   CLAIM FORM

1.     Use Part II of this form entitled "Schedule of Transactions in GEO common stock" to supply all required details of your transaction(s). If you need more space or additional schedules, attach separate sheets providing all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

2.     On the Schedule of Transactions in GEO common stock, provide all of the requested information with respect to *all* of your purchases or acquisitions and *all* of your sales of GEO common stock which took place at any time beginning November 9, 2018 through August 5, 2020, regardless of whether such transactions resulted in a profit or a loss. You must also provide all requested information with respect to all of the shares of GEO common stock you held at the close of trading on November 8, 2018, July 17, 2019, and August 5, 2020. Failure to report all such transactions may result in the rejection of your claim.

3.     List each transaction in the Class Period separately and in chronological order by trade date, beginning with the earliest. You must accurately provide the month, day, and year of each transaction you list.

4.     Broker confirmations or other documentation of your transactions in GEO common stock should be attached to your claim. Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.

5.     The above requests are designed to provide the minimum amount of information necessary to process the simplest claims.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*Hartel v. The GEO Group, Inc., et al.*

Case No. 9:20-81063-CIV-SMITH

PROOF OF CLAIM AND RELEASE

Must be Postmarked No Later Than

November 28, 2023.

Please Type or Print.

### PART I:    CLAIMANT IDENTIFICATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's First Name          MI      Beneficial Owner's Last Name

Co-Beneficial Owner's First Name       MI      Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number)

Address 2 (apartment, unit or box number)

City                                   State    ZIP/Postal Code

Foreign Country (only if not USA)

Social Security Number          OR     Taxpayer Identification Number

Telephone Number (home)                Telephone Number (work)

Email Address

Account Number (if filing for multiple accounts, file a separate Proof of Claim for each account)

Claimant Account Type (check appropriate box):

☐ Individual (includes joint owner accounts)   ☐ Pension Plan   ☐ Trust

☐ Corporation                                  ☐ Estate

☐ IRA/401(k)                                   ☐ Other _____ (please specify)

**PART II:      SCHEDULE OF TRANSACTIONS IN GEO COMMON STOCK**

> **There shall be no Recognized Loss attributed to any GEO securities other than common stock or to any shares of common stock purchased on a foreign exchange.**

A.      Number of shares of GEO common stock held at the opening of trading on November 9, 2018:

☐☐☐☐☐☐☐ • ☐☐

B.      Purchases or acquisitions of GEO common stock from November 9, 2018 through August 5, 2020:

| Trade Date (MMDDYY) | Number of Shares Purchased or Acquired | Purchases/Acquisition Price Per Share | Total Purchase or Acquisition Price |
|---|---|---|---|
| 1. | | $ | $ |
| 2. | | $ | $ |
| 3. | | $ | $ |

C.      Sales of GEO common stock from November 9, 2018 through August 5, 2020:

| Trade Date (MMDDYY) | Number of Shares Sold | Sales/Disposition Price Per Share | Total Sales Price |
|---|---|---|---|
| 1. | | $ | $ |
| 2. | | $ | $ |
| 3. | | $ | $ |

D.      Number of shares of GEO common stock held at the close of trading on August 5, 2020:

☐☐☐☐☐☐☐ • ☐☐

If you require additional space, attach extra schedules in the same format as above. Sign and print your name on each additional page.

YOU MUST READ AND SIGN THE RELEASE ON PAGE 5. FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.

**IV.      SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS**

I (We) submit this Proof of Claim and Release Form under the terms of the Stipulation and Agreement of Settlement, dated as of May 1, 2023 ("Stipulation") described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of Florida, with respect to my (our) claim as a Settlement Class Member (as defined in the Notice) and for purposes of enforcing the release set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Action. I (We) agree to furnish additional information to Lead Counsel to support this claim if required to do so. I (We) have not submitted any other claim covering the same purchases or sales of GEO common stock during the Class Period and know of no other Person(s) having done so on my (our) behalf.

**V.      RELEASE**

1.      I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, relinquish, and discharge all the Released Plaintiffs' Claims.

2.      "Released Plaintiffs' Claims" means any and all claims and causes of action of every nature and description whatsoever, including both known claims and Unknown Claims, whether arising under federal, state, local, statutory, common, or foreign law, or any other law, rule or regulation, including without limitation, claims for negligence, gross negligence, breach of contract, breach of duty of care, breach of duty of loyalty, breach of duty of candor, fraud, negligent misrepresentation, or breach of fiduciary duty, that relate to the purchase or otherwise acquisition of GEO common stock during the Class Period, and that the Plaintiffs or the Settlement Class Members, or any of them, or the successors or assigns of any of them, whether directly, indirectly, representatively or in any other capacity, against any of the Released Persons (i) asserted in the Complaint or (ii) could have asserted in any forum

that arise out of, are based upon, or relate in any way, directly or indirectly, to (a) the allegations, transactions, facts, events, matters, occurrences, acts, representations, or omissions involved, set forth, or referred to in the Complaint; (b) Defendants' statements, including public filings, and (c) the purchase, sale, holding, or acquisition of GEO stock by any Settlement Class Member during the Class Period. "Released Plaintiffs' Claims" does not include: (i) claims to enforce the Settlement; (ii) claims asserted derivatively on behalf of GEO in the Derivative Actions; or (iii) the claims of any person or entity that submits a request for exclusion from the Settlement Class that is accepted by the Court.

3.       "Unknown Claims" means any Released Claims which Releasing Plaintiffs or Released Persons do not know or suspect to exist in his, her, or its favor at the time of the release of such claims, which, if known by him, her, or it, might have affected his, her, or its release of the Released Persons, or Releasing Plaintiffs, or might have affected his, her, or its decision(s) with respect to this Settlement. Unknown Claims include those Released Claims in which some or all of the facts comprising the claim may be suspected, or even undisclosed or hidden. With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date, Plaintiffs and Defendants shall expressly waive and relinquish, and each of the other Settlement Class Members shall be deemed to have waived and relinquished by operation of the Judgment, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code §1542, which provides:

**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.**

Lead Plaintiffs and Defendants acknowledge, and each of the other Settlement Class Members shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and is a key element of the Settlement.

4.       This release shall be of no force or effect unless and until the Court approves the Settlement set forth in the Stipulation and it becomes effective on the Effective Date.

5.       I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

6.       I (We) hereby warrant and represent that I (we) have included information about all of my (our) transactions in GEO common stock that occurred during the Class Period as well as the number and type of GEO shares held by me (us) on November 9, 2018, and August 5, 2020.

7.       I (We) certify that I am (we are) not subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code.

Note: If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

I (We) declare under penalty of perjury under the laws of the United States of America that the foregoing information supplied is true and correct.

Executed this [  ] day of [  ] – [  ] in [                    ] [  ]
DD          MM        YY                    (City)                    (State)

[                                        ]
(Country)

[                          ]            [                          ]
(Sign your name here)                   (Sign your name here)

[                          ]            [                          ]
(Type or print your name here)          (Type or print your name here)

[                          ]            [                          ]
(Capacity of signatory, *e.g.*, Beneficial Purchaser, Executor or Administrator)          (Capacity of signatory, *e.g.*, Beneficial Purchaser, Executor or Administrator)

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME. THANK YOU FOR YOUR PATIENCE.**

05-CA40065023
AJ0475 v.06                              5

Reminder Checklist:

1. Please sign the above release and declaration.

2. If this Claim is being made on behalf of Joint Claimants, then both must sign.

3. Remember to attach copies of supporting documentation, if available.

4. Do not send originals of certificates.

5. Keep a copy of your claim form and all supporting documentation for your records.

6. If you desire an acknowledgement of receipt of your claim form, please send it Certified Mail, Return Receipt Requested.

7. If you move, please send your new address to the address below.

8. Do not use red pen or highlighter on the Proof of Claim and Release form or supporting documentation.

**THIS PROOF OF CLAIM FORM MUST BE MAILED NO LATER THAN NOVEMBER 28, 2023 ADDRESSED AS FOLLOWS:**

Hartel Securities Settlement
Claims Administrator
P.O. Box 3729
Portland, OR 97208-3729

**06-CA40065023**
AJ0476 v.06

6