**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case File No. 9:20-cv-81063-RS

STEVE HARTEL, individually and on
behalf of all others similarly situated,

                Plaintiff,

    vs.

THE GEO GROUP, INC., *et al.*,

                Defendants.

                                    /

**SUPPLEMENTAL DECLARATION OF MORGAN KIMBALL REGARDING**
**NOTICE AND CLAIMS ADMINISTRATION**

I, Morgan Kimball, hereby declare and state as follows:

      1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The statements of fact in this declaration are based on my personal knowledge and information provided to me by my colleagues in the ordinary course of business, and if called on to do so, I could and would testify competently thereto.

      2.      Epiq was appointed as the Claims Administrator pursuant to the Court's Order Preliminarily Approving Settlement and for Providing Notice to the Class dated July 10, 2023 (the "Order") (ECF No. 89), and in accordance with the Stipulation and Agreement of Settlement dated May 1, 2023 (the "Agreement") (ECF No. 86).[1] I submit this Supplemental Declaration in order to provide the Court with additional information regarding requests for exclusion and objections received to date.

---

[1] All capitalized terms not otherwise defined in this document shall have the same meanings ascribed to them in the Agreement.

1

**REQUESTS FOR EXCLUSION**

3.      As described in the Declaration of Morgan Kimball Regarding Notice and Claims Administration ("Initial Notice Declaration") (ECF No. 96-8), pursuant to Section 15 of the Order, Settlement Class Members who wished to be excluded from the proposed Settlement were required to mail written Requests for Exclusion to Epiq, such that they were postmarked on or before October 17, 2023.

4.      As of October 30, 2023, Epiq has received one (1) Request for Exclusion, a redacted copy of which is attached hereto as **Exhibit A**. This Request for Exclusion is both timely (*i.e.*, postmarked on or before October 17, 2023) and valid (*i.e.*, it contains the necessary information).

**OBJECTIONS RECIEVED**

5.      As described in the Initial Notice Declaration, pursuant to Section 18 of the Order, Settlement Class Members who wished to object to the proposed Settlement were required to submit written objections to the Clerk of the Court, such that they were filed with the Court on or before the objection deadline of October 17, 2023.

6.      As of October 30, 2023, Epiq is still not aware of and has not received any written objections to the proposed Settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 31, 2023, in Seattle, WA.

_____
Morgan Kimball
Project Manager, Epiq

# EXHIBIT A

October 16, 2023

Hartel Securities Settlement
Claims Administration
P.O. Box 3729
Portland, OR 97208-3729

To whom it may concern:

I am writing to inform you of my request to be excluded from the Settlement Class as defined in Hartel v. The GEO Group, Inc., et al., Case No. 9:20-81063-CIV-SMITH.

John E Arnold Jr



Record of shares purchased or acquired between November 9, 2018 and August 5, 2020:

| Date | Buy/Sell | Qty | Price Per Share |
|------|----------|-----|-----------------|
| 06/04/2019 | Buy | 20 | $21.64 |
| 07/01/2019 | Buy | 20 | $20.42 |
| 07/09/2019 | Buy | 20 | $20.24 |
| 07/18/2019 | Buy | 50 | $17.87 |
| 08/16/2019 | Buy | 90 | $17.74 |
| 08/27/2019 | Buy | 100 | $16.62 |
| 10/01/2019 | Buy | 100 | $16.95 |
| 10/09/2019 | Buy | 100 | $15.29 |
| 04/17/2020 | Buy | 100 | $12.60 |
| 05/29/2020 | Buy | 50 | $11.95 |
| 06/11/2020 | Buy | 50 | $12.15 |
| 07/24/2020 | Buy | 4.312 | $11.13 |

I sold no shares between November 9, 2018 and August 5, 2020.

Sincerely,

*John E. Arnold Jr.*

John E Arnold Jr

John Arnold

 

**Retail**

U.S. POSTAGE PAID
USPS Ground Advtg
PEABODY, MA 01960
OCT 17, 2023

97208

**$5.25**

RDC 01          0 Lb 0.30 Oz        R2303S102101-67



Hartel Securities Settlement
Claims Administration
P.O. Box 3729
Portland, OR 97208-3729

**USPS TRACKING® #**



