```
                     UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
                          (FORT LAUDERDALE)
                       CASE NO.  20-CV-81063


STEVE HARTEL,
Individually and on behalf of
all others similarly situated,
         Plaintiffs,                  Fort Lauderdale, Florida
vs.                                   November 14, 2023

THE GEO GROUP, INC., et al.,
         Defendant.
-----------------------------------------------------------
                        Settlement Hearing
              BEFORE THE HONORABLE RODNEY SMITH
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE PLAINTIFFS:   LEVI & KORSINSKY, LLP by:
                      Adam Apton, Esq.,
                      55 Broadway, 10th Floor
                      New York, New York 10006

                      ROCHE, CYRULNIK, FREEDMAN, LLP, by:
                      Ivy T. Ngo, Esq.
                      200 S. Biscayne Blvd., Suite 5500
                      Miami, Florida  33131

                      CULLIN O'BRIEN LAW, PA, by:
                      Cullin Avram O'Brien, Esq.
                      6541 NE 21st Way
                      Fort Lauderdale, Florida  33308

FOR THE DEFENDANT,
GEO GROUP:                       KING & SPALDING, by:
                                 Ross Elliot Linzer, Esq.
                                 Brian Paul Miller, Esq.
                                 200 S. Biscayne Blvd., Suite 4700
                                 Miami, Florida  33131
```

```
 1  FOR THE DEFENDANT,           GUNSTER, by:
     GEORGE ZOLEY:                William Hill, Esq.
 2                                600 Brickell Avenue, Suite 3500
                                  Miami, Florida  33131
 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19  STENOGRAPHICALLY
     REPORTED BY:                 ELLEN A. RASSIE, RMR-CRR
20                                Official Court Reporter to the
                                  Honorable Rodney Smith
21                                299 E. Broward Blvd., Room 202B
                                  Fort Lauderdale, Florida  33301
22

23

24

25
```

```
 1              TUESDAY MORNING SESSION, NOVEMBER 14, 2023

 2                       P-R-O-C-E-E-D-I-N-G-S

 3                                - - -

 4              (Call to the Order of the Court.)

 5          THE COURT:  Good morning, everyone.  You may be
 6   seated.
 7          THE COURTROOM DEPUTY:  This is Hartel versus the GEO
 8   Group, Inc., et al.  Case number is 20-CV-81063, Smith.
 9   Counsel, starting with the plaintiff, state your appearance,
10   please, for the record.
11          MR. APTON:  Good morning, Your Honor.  My name is
12   Adam Apton from Levi & Korsinsky.  We're here for plaintiffs.
13   With me today is my co-counsel, Ivy Ngo, from Freedman,
14   Normand, Friedland, and Cullin O'Brien.
15          THE COURT:  Good morning.
16          MR. MILLER:  Good morning, Your Honor.  Brian Miller
17   and Ross Linzer from King & Spalding in Miami for the GEO
18   Group.
19          THE COURT:  Good morning.
20          MR. HILL:  Good morning, Your Honor.  William Hill
21   from Gunster on behalf of defendant, George Zoley.
22          THE COURT:  The plaintiffs may proceed first.  We're
23   here on a motion for final approval.
24          MR. APTON:  Your Honor, may I approach the lecturn?
25          THE COURT:  Sure.  Go ahead, sir.
```

```
 1              MR. APTON:  Good morning, Your Honor.  Adam Apton
 2   from Levi & Korsinsky for plaintiffs.  Your Honor is correct.
 3   We have a final approval motion here today as well as a motion
 4   for attorney's fees.
 5              The motion for final approval, we'd respectfully
 6   submit should be approved or granted in its entirety.  Our
 7   papers lay out the standard for final approval in the Eleventh
 8   Circuit under the Bennett factors.
 9              Most notably, we have a three million dollar
10   settlement that returns approximately just under ten percent of
11   the total recoverable damages in this case.  Relative to other
12   cases of similar size that have settled, that is above the
13   median percentage.
14              So on that basis, we believe it's fair, reasonable and
15   adequate.  And when you consider the obstacles we would have
16   had to overcome had the litigation progressed, that's all the
17   more reason to approve this settlement.
18              In particular, we have a significant issue relating to
19   loss causation.  One of our corrective disclosures, or I should
20   say one of the disclosures that we allege caused to the damage
21   to the plaintiff class was the revelation of a letter written
22   by the defendants discussing its funding or lack of funding for
23   these detainee lawsuits.
24              Defendants have challenged that allegation as being
25   insufficient to substantiate a loss causation element of our
```

```
 1   10b-5 claim.  And so that is something we were mindful of when
 2   we considered the settlement.
 3           I should also point out that we have zero objections
 4   to the settlement after a pretty fulsome notice program.  We
 5   sent over 5,000 notices to potential class members.  We've
 6   received about 1,000 claims to date which is a good return.
 7   And we have zero objections and just one opt out.
 8           We'll let the Court know that I tried to contact the
 9   opt out or the request -- the individual who requested
10   exclusion, but I was unsuccessful in doing so.
11           And then, finally, I should point out that this
12   settlement came about as the result of a mediator's
13   recommendation which is significant.  We had Mr. Robert Meyer
14   who's a very experienced attorney and mediator in the field of
15   securities litigation.  We went for a full day.  The mediation
16   was not successful at that point in time.
17           We continued negotiations over the course of several
18   weeks and ultimately reached a settlement, the three million
19   dollar settlement through a recommendation by him to both
20   parties that we settle the case for this amount.
21           Part of our motion in addition to seeking final
22   approval of the settlement is also that we ask your permission
23   or your approval for the plan of allocation which is how the
24   settlement funds will be distributed to class members that
25   submit claims.
```

```
 1           The plan of allocation treats everyone fairly.  It's
 2   based off of the number of shares that were held at the time of
 3   the two corrective disclosures that we include in our plan of
 4   allocation.  The number of shares multiplied by the decline in
 5   the stock price, so it doesn't play favorites to anyone else in
 6   the class.  It treats everyone uniformly, and it's based on a
 7   very simple, logical method for allocating the funds.
 8           I already spoke about the notice, Your Honor.  In
 9   preliminary approval, Your Honor approved a notice program
10   which we followed to the T.  We've put out the postcard
11   notices, we put out a website, we published summary notice over
12   business wire, and I believe in Investors Business Daily.  Like
13   I said, 5,500 postcards went out, we have over 1,000 claims to
14   date, zero objections and only one request for exclusion.
15           And then the last part of our final approval motion is
16   just Your Honor hopefully will give final certification to our
17   settlement class.
18           Nothing has changed since Your Honor granted
19   preliminary certification at preliminary approval, so hopefully
20   we can cement that with a final order.
21           Your Honor, that's all I have for the final approval
22   motion.  I'm prepared to speak about the attorney's fees motion
23   if Your Honor would like.
24           THE COURT:  That's fine.  Before you do, I just want
25   to confirm the attorney's fees.  You're seeking $960,000, plus
```

```
 1   interest?
 2             MR. APTON:  That's correct, Your Honor.
 3             THE COURT:  And based on what I've read in your
 4   submission, it's 32 percent of the settlement fund and the
 5   expenses are $39,727.87, plus the $5,000 in time and expenses
 6   incurred by the lead plaintiff.  Is that correct?
 7             MR. APTON:  That's correct, Your Honor.
 8             THE COURT:  Anything else other than what I just
 9   stated?
10             MR. APTON:  In terms of the request, no, that's it,
11   Your Honor.
12             THE COURT:  All right.  Well, I don't have to hear
13   any further arguments.
14             MR. APTON:  Okay.
15             THE COURT:  All right.  With that said, anything from
16   the defense?
17             MR. MILLER:  Brian Miller on behalf of the GEO Group.
18   As plaintffs' counsel indicated, this case is down to one issue
19   at this point after Your Honor issued rulings on the original
20   motions to dismiss.
21             GEO and the other defendants have always denied
22   liability and continue to do that.  We have entered into the
23   Settlement Agreement and support proceeding with the settlement
24   and take no position on the plan of allocation, or the request
25   for attorney's fees, or other expenses from the plaintiffs.
```

```
 1            So we would ask the Court to approve the stipulation
 2   of settlement, and enter the final order certifying the class
 3   for settlement purposes only and dismissing the action.
 4            Thank you, Your Honor.
 5             THE COURT:  All right.  Thank you.  The Court will
 6   enter an order of final approval of the class action settlement
 7   and also the grant the motion for attorney fees as well.  The
 8   Court finding all them to be reasonable and it does satisfy the
 9   requirements as laid out by the Eleventh Circuit, all right?
10            Anything else needs to be addressed before we conclude
11   this hearing?
12             MR. APTON:  No, Your Honor.  Thank you.
13             THE COURT:  Defense?
14             MR. MILLER:  Thank you, Your Honor.  Nothing else.
15             THE COURT:  Have a good day.  Thank you.
16       (Thereupon, this proceeding was adjourned at 10:12 a.m.)
17                              - - -
```

```
 1                      C-E-R-T-I-F-I-C-A-T-E

 2

 3         I hereby certify that the foregoing is an accurate

 4    transcription of the proceedings in the above-entitled matter.

 5

 6

 7    NOVEMBER 16, 2023           Ellen A. Rassie
                                  ELLEN A. RASSIE, RMR-CRR
 8                                Official Court Reporter
                                  To the Honorable Rodney Smith
 9                                299 East Broward Blvd., Room 202B
                                  Fort Lauderdale, Florida  33301
10                                (954)769-5448

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | | | |
|---|---|---|---|---|
| **MR. APTON: [8]** 3/11 3/24 4/1 7/2 7/7 7/10 7/14 8/12<br>**MR. HILL: [1]** 3/20<br>**MR. MILLER: [3]** 3/16 7/17 8/14<br>**THE COURT: [13]**<br>**THE COURTROOM DEPUTY: [1]** 3/7<br><br>**$**<br>**$39,727.87 [1]** 7/5<br>**$5,000 [1]** 7/5<br>**$960,000 [1]** 6/25<br><br>**1**<br>**1,000 [2]** 5/6 6/13<br>**10006 [1]** 1/12<br>**10:12 [1]** 8/16<br>**10b-5 [1]** 5/1<br>**10th [1]** 1/12<br>**14 [2]** 1/6 3/1<br>**16 [1]** 9/7<br><br>**2**<br>**20-CV-81063 [2]** 1/2 3/8<br>**200 [2]** 1/14 1/20<br>**2023 [3]** 1/6 3/1 9/7<br>**202B [2]** 2/21 9/9<br>**21st [1]** 1/17<br>**299 [2]** 2/21 9/9<br><br>**3**<br>**32 percent [1]** 7/4<br>**33131 [3]** 1/15 1/21 2/2<br>**33301 [2]** 2/21 9/9<br>**33308 [1]** 1/17<br>**3500 [1]** 2/2<br><br>**4**<br>**4700 [1]** 1/20<br><br>**5**<br>**5,000 [1]** 5/5<br>**5,500 [1]** 6/13<br>**5448 [1]** 9/10<br>**55 [1]** 1/12<br>**5500 [1]** 1/14<br><br>**6**<br>**600 [1]** 2/2<br>**6541 [1]** 1/17<br><br>**7**<br>**769-5448 [1]** 9/10<br><br>**8**<br>**81063 [2]** 1/2 3/8 | **9**<br>**954 [1]** 9/10<br><br>**A**<br>**a.m [1]** 8/16<br>**about [4]** 5/6 5/12 6/8 6/22<br>**above [2]** 4/12 9/4<br>**above-entitled [1]** 9/4<br>**accurate [1]** 9/3<br>**action [2]** 8/3 8/6<br>**Adam [3]** 1/11 3/12 4/1<br>**addition [1]** 5/21<br>**addressed [1]** 8/10<br>**adequate [1]** 4/15<br>**adjourned [1]** 8/16<br>**after [2]** 5/4 7/19<br>**Agreement [1]** 7/23<br>**ahead [1]** 3/25<br>**al [2]** 1/7 3/8<br>**all [8]** 1/5 4/16 6/21 7/12 7/15 8/5 8/8 8/9<br>**allegation [1]** 4/24<br>**allege [1]** 4/20<br>**allocating [1]** 6/7<br>**allocation [4]** 5/23 6/1 6/4 7/24<br>**already [1]** 6/8<br>**also [3]** 5/3 5/22 8/7<br>**always [1]** 7/21<br>**amount [1]** 5/20<br>**any [1]** 7/13<br>**anyone [1]** 6/5<br>**anything [3]** 7/8 7/15 8/10<br>**appearance [1]** 3/9<br>**APPEARANCES [1]** 1/10<br>**approach [1]** 3/24<br>**approval [11]**<br>**approve [2]** 4/17 8/1<br>**approved [2]** 4/6 6/9<br>**approximately [1]** 4/10<br>**Apton [3]** 1/11 3/12 4/1<br>**are [1]** 7/5<br>**arguments [1]** 7/13<br>**as [7]** 4/3 4/3 4/24 5/12 7/18 8/7 8/9<br>**ask [2]** 5/22 8/1<br>**at [5]** 5/16 6/2 6/19 7/19 8/16<br>**attorney [2]** 5/14 8/7<br>**attorney's [4]** 4/4 6/22 6/25 7/25<br>**Avenue [1]** 2/2<br>**Avram [1]** 1/16 | **B**<br>**based [3]** 6/2 6/6 7/3<br>**basis [1]** 4/14<br>**be [5]** 3/5 4/6 5/24 8/8 8/10<br>**before [3]** 1/9 6/24 8/10<br>**behalf [3]** 1/4 3/21 7/17<br>**being [1]** 4/24<br>**believe [2]** 4/14 6/12<br>**Bennett [1]** 4/8<br>**Biscayne [2]** 1/14 1/20<br>**Blvd [4]** 1/14 1/20 2/21 9/9<br>**both [1]** 5/19<br>**Brian [3]** 1/20 3/16 7/17<br>**Brickell [1]** 2/2<br>**Broadway [1]** 1/12<br>**Broward [2]** 2/21 9/9<br>**business [2]** 6/12 6/12<br>**but [1]** 5/10<br><br>**C**<br>**C-E-R-T-I-F-I-C-A-T-E [1]** 8/18<br>**Call [1]** 3/4<br>**came [1]** 5/12<br>**can [1]** 6/20<br>**case [5]** 1/2 3/8 4/11 5/20 7/18<br>**cases [1]** 4/12<br>**causation [2]** 4/19 4/25<br>**caused [1]** 4/20<br>**cement [1]** 6/20<br>**certification [2]** 6/16 6/19<br>**certify [1]** 9/3<br>**certifying [1]** 8/2<br>**challenged [1]** 4/24<br>**changed [1]** 6/18<br>**Circuit [2]** 4/8 8/9<br>**claim [1]** 5/1<br>**claims [3]** 5/6 5/25 6/13<br>**class [7]** 4/21 5/5 5/24 6/6 6/17 8/2 8/6<br>**co [1]** 3/13<br>**co-counsel [1]** 3/13<br>**conclude [1]** 8/10<br>**confirm [1]** 6/25<br>**consider [1]** 4/15<br>**considered [1]** 5/2<br>**contact [1]** 5/8<br>**continue [1]** 7/22<br>**continued [1]** 5/17<br>**correct [4]** 4/2 7/2 | 7/6 7/7<br>**corrective [2]** 4/19 6/3<br>**counsel [3]** 3/9 3/13 7/18<br>**course [1]** 5/17<br>**COURT [8]** 1/1 2/20 3/4 5/8 8/1 8/5 8/8 9/8<br>**CRR [2]** 2/19 9/7<br>**CULLIN [3]** 1/16 1/16 3/14<br>**CV [2]** 1/2 3/8<br>**CYRULNIK [1]** 1/13<br><br>**D**<br>**Daily [1]** 6/12<br>**damage [1]** 4/20<br>**damages [1]** 4/11<br>**date [2]** 5/6 6/14<br>**day [2]** 5/15 8/15<br>**decline [1]** 6/4<br>**defendant [4]** 1/7 1/18 2/1 3/21<br>**defendants [3]** 4/22 4/24 7/21<br>**defense [2]** 7/16 8/13<br>**denied [1]** 7/21<br>**detainee [1]** 4/23<br>**disclosures [3]** 4/19 4/20 6/3<br>**discussing [1]** 4/22<br>**dismiss [1]** 7/20<br>**dismissing [1]** 8/3<br>**distributed [1]** 5/24<br>**DISTRICT [3]** 1/1 1/1 1/9<br>**do [2]** 6/24 7/22<br>**does [1]** 8/8<br>**doesn't [1]** 6/5<br>**doing [1]** 5/10<br>**dollar [2]** 4/9 5/19<br>**don't [1]** 7/12<br>**down [1]** 7/18<br><br>**E**<br>**East [1]** 9/9<br>**element [1]** 4/25<br>**Eleventh [2]** 4/7 8/9<br>**ELLEN [3]** 2/19 9/7 9/7<br>**Elliot [1]** 1/19<br>**else [4]** 6/5 7/8 8/10 8/14<br>**enter [2]** 8/2 8/6<br>**entered [1]** 7/22<br>**entirety [1]** 4/6<br>**entitled [1]** 9/4<br>**Esq [6]** 1/11 1/14 1/16 1/19 1/20 2/1<br>**et [2]** 1/7 3/8 | **everyone [3]** 3/5 6/1 6/6<br>**exclusion [2]** 5/10 6/14<br>**expenses [3]** 7/5 7/5 7/25<br>**experienced [1]** 5/14<br><br>**F**<br>**factors [1]** 4/8<br>**fair [1]** 4/14<br>**fairly [1]** 6/1<br>**favorites [1]** 6/5<br>**fees [5]** 4/4 6/22 6/25 7/25 8/7<br>**field [1]** 5/14<br>**final [11]**<br>**finally [1]** 5/11<br>**finding [1]** 8/8<br>**fine [1]** 6/24<br>**first [1]** 3/22<br>**Floor [1]** 1/12<br>**FLORIDA [8]** 1/1 1/5 1/15 1/17 1/21 2/2 2/21 9/9<br>**followed [1]** 6/10<br>**foregoing [1]** 9/3<br>**FORT [5]** 1/2 1/5 1/17 2/21 9/9<br>**FREEDMAN [2]** 1/13 3/13<br>**Friedland [1]** 3/14<br>**full [1]** 5/15<br>**fulsome [1]** 5/4<br>**fund [1]** 7/4<br>**funding [2]** 4/22 4/22<br>**funds [2]** 5/24 6/7<br>**further [1]** 7/13<br><br>**G**<br>**GEO [6]** 1/7 1/19 3/7 3/17 7/17 7/21<br>**GEORGE [2]** 2/1 3/21<br>**give [1]** 6/16<br>**Go [1]** 3/25<br>**good [9]** 3/5 3/11 3/15 3/16 3/19 3/20 4/1 5/6 8/15<br>**grant [1]** 8/7<br>**granted [2]** 4/6 6/18<br>**GROUP [5]** 1/7 1/19 3/8 3/18 7/17<br>**GUNSTER [2]** 2/1 3/21<br><br>**H**<br>**had [3]** 4/16 4/16 5/13<br>**HARTEL [2]** 1/4 3/7<br>**has [1]** 6/18 |

(1)  MR. APTON: - has

**H**

have [14]
hear [1]  7/12
hearing [2]  1/8 8/11
held [1]  6/2
here [3]  3/12 3/23 4/3
hereby [1]  9/3
Hill [2]  2/1 3/20
him [1]  5/19
Honor [19]
HONORABLE [3]  1/9 2/20 9/8
hopefully [2]  6/16 6/19
how [1]  5/23

**I**

I'm [1]  6/22
I've [1]  7/3
if [1]  6/23
in [18]
INC [2]  1/7 3/8
include [1]  6/3
incurred [1]  7/6
indicated [1]  7/18
individual [1]  5/9
Individually [1]  1/4
insufficient [1]  4/25
interest [1]  7/1
into [1]  7/22
Investors [1]  6/12
is [15]
issue [2]  4/18 7/18
issued [1]  7/19
it [4]  6/5 6/6 7/10 8/8
it's [4]  4/14 6/1 6/6 7/4
its [2]  4/6 4/22
Ivy [2]  1/14 3/13

**J**

JUDGE [1]  1/9
just [5]  4/10 5/7 6/16 6/24 7/8

**K**

KING [2]  1/19 3/17
know [1]  5/8
KORSINSKY [3]  1/11 3/12 4/2

**L**

lack [1]  4/22
laid [1]  8/9
last [1]  6/15
LAUDERDALE [5]  1/2 1/5 1/17 2/21 9/9
LAW [1]  1/16
lawsuits [1]  4/23
lay [1]  4/7
lead [1]  7/6
lectern [1]  3/24
let [1]  5/8
letter [1]  4/21
LEVI [3]  1/11 3/12 4/2
liability [1]  7/22
like [2]  6/12 6/23
Linzer [2]  1/19 3/17
litigation [2]  4/16 5/15
LLP [2]  1/11 1/13
logical [1]  6/7
loss [2]  4/19 4/25

**M**

matter [1]  9/4
may [3]  3/5 3/22 3/24
may be [1]  3/5
me [1]  3/13
median [1]  4/13
mediation [1]  5/15
mediator [1]  5/14
mediator's [1]  5/12
members [2]  5/5 5/24
method [1]  6/7
Meyer [1]  5/13
Miami [4]  1/15 1/21 2/2 3/17
Miller [3]  1/20 3/16 7/17
million [2]  4/9 5/18
mindful [1]  5/1
more [1]  4/17
morning [8]  3/1 3/5 3/11 3/15 3/16 3/19 3/20 4/1
Most [1]  4/9
motion [9]  3/23 4/3 4/3 4/5 5/21 6/15 6/22 6/22 8/7
motions [1]  7/20
Mr [1]  5/13
multiplied [1]  6/4
my [2]  3/11 3/13

**N**

name [1]  3/11
NE [1]  1/17
needs [1]  8/10
negotiations [1]  5/17
New [2]  1/12 1/12
Ngo [2]  1/14 3/13
no [4]  1/2 7/10 7/24 8/12
Normand [1]  3/14
not [1]  5/16
notably [1]  4/9
Nothing [2]  6/18 8/14
notice [4]  5/4 6/8 6/9 6/11
notices [2]  5/5 6/11
November [3]  1/6 3/1 9/7
number [3]  3/8 6/2 6/4

**O**

O'BRIEN [3]  1/16 1/16 3/14
objections [3]  5/3 5/7 6/14
obstacles [1]  4/15
off [1]  6/2
Official [2]  2/20 9/8
Okay [1]  7/14
on [9]  1/4 3/21 3/23 4/14 6/6 7/3 7/17 7/19 7/24
one [5]  4/19 4/20 5/7 6/14 7/18
only [2]  6/14 8/3
opt [2]  5/7 5/9
or [7]  4/6 4/19 4/22 5/9 5/23 7/24 7/25
order [4]  3/4 6/20 8/2 8/6
original [1]  7/19
other [4]  4/11 7/8 7/21 7/25
others [1]  1/5
our [7]  4/6 4/19 4/25 5/21 6/3 6/15 6/16
out [9]  4/7 5/3 5/7 5/9 5/11 6/10 6/11 6/13 8/9
over [4]  5/5 5/17 6/11 6/13
overcome [1]  4/16

**P**

P-R-O-C-E-E-D-I-N-G-S [1]  3/2
PA [1]  1/16
papers [1]  4/7
part [2]  5/21 6/15
particular [1]  4/18
parties [1]  5/20
Paul [1]  1/20
percent [2]  4/10 7/4
percentage [1]  4/13
permission [1]  5/22
plaintffs' [1]  7/18
plaintiff [3]  3/9 4/21 7/6
plaintiffs [6]  1/5 1/11 3/12 3/22 4/2 7/25
plan [4]  5/23 6/1 6/3 7/24
play [1]  6/5
please [1]  3/10
plus [2]  6/25 7/5
point [4]  5/3 5/11 5/16 7/19
position [1]  7/24
postcard [1]  6/10
postcards [1]  6/13
potential [1]  5/5
preliminary [3]  6/9 6/19 6/19
prepared [1]  6/22
pretty [1]  5/4
price [1]  6/5
proceed [1]  3/22
proceeding [2]  7/23 8/16
proceedings [1]  9/4
program [2]  5/4 6/9
progressed [1]  4/16
published [1]  6/11
purposes [1]  8/3
put [2]  6/10 6/11

**R**

RASSIE [3]  2/19 9/7 9/7
reached [1]  5/18
read [1]  7/3
reason [1]  4/17
reasonable [2]  4/14 8/8
received [1]  5/6
recommendation [2]  5/13 5/19
record [1]  3/10
recoverable [1]  4/11
relating [1]  4/18
Relative [1]  4/11
REPORTED [1]  2/19
Reporter [2]  2/20 9/8
request [4]  5/9 6/14 7/10 7/24
requested [1]  5/9
requirements [1]  8/9
respectfully [1]  4/5
result [1]  5/12
return [1]  5/6
returns [1]  4/10
revelation [1]  4/21
right [4]  7/12 7/15 8/5 8/9
RMR [2]  2/19 9/7
RMR-CRR [2]  2/19 9/7
Robert [1]  5/13
ROCHE [1]  1/13
RODNEY [3]  1/9 2/20 9/8
Room [2]  2/21 9/9
Ross [2]  1/19 3/17
rulings [1]  7/19

**S**

said [2]  6/13 7/15
satisfy [1]  8/8
say [1]  4/20
seated [1]  3/6
securities [1]  5/15
seeking [2]  5/21 6/25
sent [1]  5/5
SESSION [1]  3/1
settle [1]  5/20
settled [1]  4/12
settlement [17]
several [1]  5/17
shares [2]  6/2 6/4
should [4]  4/6 4/19 5/3 5/11
significant [2]  4/18 5/13
similar [1]  4/12
similarly [1]  1/5
simple [1]  6/7
since [1]  6/18
sir [1]  3/25
situated [1]  1/5
size [1]  4/12
SMITH [4]  1/9 2/20 3/8 9/8
so [6]  4/14 5/1 5/10 6/5 6/19 8/1
something [1]  5/1
SOUTHERN [1]  1/1
SPALDING [2]  1/19 3/17
speak [1]  6/22
spoke [1]  6/8
standard [1]  4/7
starting [1]  3/9
state [1]  3/9
stated [1]  7/9
STATES [2]  1/1 1/9
STENOGRAPHICALLY [1]  2/19
STEVE [1]  1/4
stipulation [1]  8/1
stock [1]  6/5
submission [1]  7/4
submit [2]  4/6 5/25
substantiate [1]  4/25
successful [1]  5/16
Suite [3]  1/14 1/20 2/2
summary [1]  6/11
support [1]  7/23
Sure [1]  3/25

**T**

take [1]  7/24

| | | | | |
|---|---|---|---|---|
| **T**<br>**ten [1]** 4/10<br>**terms [1]** 7/10<br>**than [1]** 7/8<br>**Thank [5]** 8/4 8/5 8/12 8/14 8/15<br>**that [21]**<br>**that's [6]** 4/16 6/21 6/24 7/2 7/7 7/10<br>**them [1]** 8/8<br>**then [2]** 5/11 6/15<br>**Thereupon [1]** 8/16<br>**these [1]** 4/23<br>**this [9]** 3/7 4/11 4/17 5/11 5/20 7/18 7/19 8/11 8/16<br>**three [2]** 4/9 5/18<br>**three million [1]** 4/9<br>**through [1]** 5/19<br>**time [3]** 5/16 6/2 7/5<br>**today [2]** 3/13 4/3<br>**total [1]** 4/11<br>**transcription [1]** 9/4<br>**treats [2]** 6/1 6/6<br>**tried [1]** 5/8<br>**TUESDAY [1]** 2/22<br>**two [1]** 6/3<br><br>**U**<br>**ultimately [1]** 5/18<br>**under [2]** 4/8 4/10<br>**uniformly [1]** 6/6<br>**UNITED [2]** 1/1 1/9<br>**unsuccessful [1]** 5/10<br><br>**V**<br>**versus [1]** 3/7<br>**very [2]** 5/14 6/7<br><br>**W**<br>**want [1]** 6/24<br>**was [4]** 4/21 5/10 5/16 8/16<br>**Way [1]** 1/17<br>**we [25]**<br>**we'd [1]** 4/5<br>**We'll [1]** 5/8<br>**We're [2]** 3/12 3/22<br>**We've [2]** 5/5 6/10<br>**website [1]** 6/11<br>**weeks [1]** 5/18<br>**well [3]** 4/3 7/12 8/7<br>**went [2]** 5/15 6/13<br>**were [2]** 5/1 6/2<br>**what [2]** 7/3 7/8<br>**when [2]** 4/15 5/1<br>**which [4]** 5/6 5/13 5/23 6/10<br>**who [1]** 5/9<br>**who's [1]** 5/14<br>**will [3]** 5/24 6/16 8/5 | **William [2]** 2/1 3/20<br>**wire [1]** 6/12<br>**would [3]** 4/15 6/23 8/1<br>**written [1]** 4/21<br><br>**Y**<br>**York [2]** 1/12 1/12<br>**you [8]** 3/5 4/15 6/24 8/4 8/5 8/12 8/14 8/15<br>**You're [1]** 6/25<br>**your [23]**<br><br>**Z**<br>**zero [3]** 5/3 5/7 6/14<br>**ZOLEY [2]** 2/1 3/21 | | | |